# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

ALEXANDRIA H. QUINN,
 Plaintiff,

v.  Case No. 3:14-cv-1033-ALB

CITY OF TUSKEGEE, ALABAMA,
and LEVY KELLY,
Defendants.

## DEFENDANT KELLY'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Comes now, Levy Kelly, by and through undersigned counsel, and files this objection wherein he adopts the City of Tuskegee objection filed on May 20, 2019 (Doc. 67) and states the following: and, in support thereof, states the following:

1. Defendant Kelly adopts Paragraphs 1-5 in their totality.

2. Defendant adopts the legal rationale set out in Paragraph 6 of Doc. 67, City of Tuskegee's objection.

3. Defendant Kelly for the above adopted reasons objects to Plaintiff's motion to amend the complaint.

Respectfully submitted,

/s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
E-mail: thejamesfirm@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the clerk of court using the court's CM-ECF system, which will send electronic notification of filing to counsel of record for the co-defendant's and Plaintiff's counsel this 22nd day of May 2019.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
E-mail: thejamesfirm@aol.com
Bar No: ASB7956J64S