IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRIA H. QUINN, | * |
| | * |
| Plaintiff, | * |
| | * |
| Vs. | *   Case No. 3:14-cv-1033-WKW |
| | * |
| CITY OF TUSKEGEE, ALABAMA, | * |
| And LEVY KELLY; | * |
| | * |
| Defendants. | * |

## JOINT MOTION FOR CONFIDENTIALITY AGREEMENT
## AND PROTECTIVE ORDER

The Plaintiff and Defendants, by and through their respective counsel, herein agree that certain information and documents to be disclosed and/or produced in this action are considered confidential by the party producing the same. The parties herein agree that the terms and conditions governing the disclosure and use of such information and documents, as set forth below, and stipulate to an order to be entered by the Court setting forth the terms and conditions. A copy of the proposed consent protective order is attached hereto as Exhibit "A".

1. Any information or document disclosed or produced by any party to this action or by any non-party in response to a subpoena issued in this action will be considered confidential.

2. Any person responsible for making copies of confidential information must ensure that the copies are protected as confidential.

3. Information and documents, including copies, notes or summaries thereof, shall be maintained in confidence by the person to whom such materials are produced or disclosed and shall not be disclosed to any person except (a) the court; (b) court reporters who transcribe or record depositions or other testimony in this case; (c) counsel of record for the parties and legal

associates, paralegals, clerical and other support staff employed by such counsel and who are actually involved in assisting in this case; (d) parties and those partners and employees of the parties who are assisting in this case; (e) experts or consultants obtained by the parties or their counsel to assist in preparing this case for trial; and (f) deposition and trial witnesses.

4. All persons authorized by this agreement and consent protective order to receive information designated as confidential shall maintain such information in accordance with this agreement and the consent protective order and shall use such information solely for the purpose of preparing for and conducting this litigation. No information obtained in this case shall be used for any other purpose.

5. Nothing herein shall prevent the parties from using confidential information in connection with any motion, hearing, trial or any other proceeding in this matter or from seeking further protection with respect to the use of any such confidential information in connection with such motion, trial, hearing or other proceedings. Confidential information may be presented to the jury and submitted into evidence if otherwise admissible. However, counsel for the parties shall emphasize all reasonable care, in all proceedings prior to trial, not to disclose confidential information to the public record of this proceeding.

6. Upon the termination of this lawsuit, and after exhaustion of all appeals, whether by judgment, order or settlement, the parties shall return all materials and/or information designated as confidential together with any reproductions thereof, to any party or parties that produced such information or material or in the alternative, destroy such materials and/or information together with ay reproduction thereof.

/s/ Rick A. Howard
Rick A. Howard (ASB-9513-W79R)
April W. McKay (ASB-5653-P76W)
Attorneys For Defendant City of Tuskegee

OF COUNSEL:

*Holtsford Gilliland Higgins Hitson & Howard, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:   (334) 215-8585
Facsimile:   (334) 215-7101
rhoward@hglawpc.com
amckay@hglawpc.com

/s Milton C. Davis
Milton C. Davis DAV035

OF COUNSEL:

Milton Davis
304 North Main Street
P.O. Box 830509
Tuskegee, Alabama 36083
Davismiltonc@bellsouth.net

/s Barbara Agricola (by consent)
Barbara H. Agricola
Algert S. Agricola, Jr.
Attorney for Plaintiff

OF COUNSEL:

Agricola Law, LLC
127 South 8th Street
Opelika, Alabama 36804

/s Susan G. James (by consent)
Susan G. James

OF COUNSEL:

The James Firm
600 South McDonough Street
Montgomery, Alabama 36101

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to:

Barbara H. Agricola  
Algert S. Agricola, Jr.  
Agricola Law, LLC  
127 South 8th Street  
Opelika, Alabama 36804  

Susan G. James  
The James Firm  
600 South McDonough Street  
Montgomery, Alabama 36101  

Milton Davis  
304 North Main Street  
P.O. Box 830509  
Tuskegee, Alabama 36083  

on this the 3rd day of June, 2019.

/s Rick A. Howard  
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDRIA H. QUINN, | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| Vs. | * | Case No. 3:14-cv-1033-WKW |
| | * | |
| CITY OF TUSKEGEE, ALABAMA, | * | |
| And LEVY KELLY; | * | |
| | * | |
| **Defendants.** | * | |

## **PROTECTIVE ORDER**

Plaintiff and Defendants (hereinafter collectively "the parties"), by their respective counsel having consented to the terms of this Order, hereby **AGREE**:

1. Any information or document disclosed or produced by any party to this action or by any non-party in response to a subpoena issued in this action will be considered confidential.

2. Any person responsible for making copies of confidential information must ensure that the copies are protected as confidential.

3. Information and documents, including copies, notes or summaries thereof, shall be maintained in confidence by the person to whom such materials are produced or disclosed and shall not be disclosed to any person except (a) the court; (b) court reporters who transcribe or record depositions or other testimony in this case; (c) counsel of record for the parties and legal associates, paralegals, clerical and other support staff employed by such counsel and who are actually involved in assisting in this case; (d) parties and those partners and employees of the parties who are assisting in this case; (e) experts or consultants obtained by the parties or their counsel to assist in preparing this case for trial; and (f) deposition and trial witnesses.

4. All persons authorized by this agreement and consent protective order to receive information designated as confidential shall maintain such information in accordance with this agreement and the consent protective order, and shall use such information solely for the purpose of preparing for and conducting this litigation. No information obtained in this case shall be used for any other purpose.

5. Nothing herein shall prevent the parties from using confidential information in connection with any motion, hearing, trial or any other proceeding in this matter or from seeking further protection with respect to the use of any such confidential information in connection with such motion, trial, hearing or other proceedings. Confidential information may be presented to the jury and submitted into evidence if otherwise admissible. However, counsel for the parties shall emphasize all reasonable care, in all proceedings prior to trial, not to disclose confidential information to the public record of this proceeding.

6. Upon the termination of this lawsuit, and after exhaustion of all appeals, whether by judgment, order or settlement, the parties shall return all materials and/or information designated as confidential together with any reproductions thereof, to any party or parties that produced such information or material or in the alternative, destroy such materials and/or information together with ay reproduction thereof.

IT IS SO ORDERED this _____ day of _____, 2019.

_____
**Honorable Judge William Keith Watkins**