# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ALEXANDRIA H. QUINN,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| Vs. | *   Case No. 3:14-cv-1033-ALB-GMB |
| | * |
| **CITY OF TUSKEGEE, ALABAMA,** | * |
| **And LEVY KELLY;** | * |
| | * |
| **Defendants.** | * |

## PROTECTIVE ORDER

Plaintiff and Defendants (hereinafter collectively "the parties"), by their respective counsel having consented to the terms of this Order, hereby **AGREE**:

1. Any information or document disclosed or produced by any party to this action or by any non-party in response to a subpoena issued in this action will be considered confidential.

2. Any person responsible for making copies of confidential information must ensure that the copies are protected as confidential.

3. Information and documents, including copies, notes or summaries thereof, shall be maintained in confidence by the person to whom such materials are produced or disclosed and shall not be disclosed to any person except (a) the court; (b) court reporters who transcribe or record depositions or other testimony in this case; (c) counsel of record for the parties and legal associates, paralegals, clerical and other support staff employed by such counsel and who are actually involved in assisting in this case; (d) parties and those partners and employees of the parties who are assisting in this case; (e) experts or consultants obtained by the parties or their counsel to assist in preparing this case for trial; and (f) deposition and trial witnesses.

4.      All persons authorized by this agreement and consent protective order to receive information designated as confidential shall maintain such information in accordance with this agreement and the consent protective order, and shall use such information solely for the purpose of preparing for and conducting this litigation. No information obtained in this case shall be used for any other purpose.

5.      Nothing herein shall prevent the parties from using confidential information in connection with any motion, hearing, trial or any other proceeding in this matter or from seeking further protection with respect to the use of any such confidential information in connection with such motion, trial, hearing or other proceedings. Confidential information may be presented to the jury and submitted into evidence if otherwise admissible. However, counsel for the parties shall emphasize all reasonable care, in all proceedings prior to trial, not to disclose confidential information to the public record of this proceeding.

6.      Upon the termination of this lawsuit, and after exhaustion of all appeals, whether by judgment, order or settlement, the parties shall return all materials and/or information designated as confidential together with any reproductions thereof, to any party or parties that produced such information or material or in the alternative, destroy such materials and/or information together with ay reproduction thereof.

IT IS SO ORDERED this 4th day of June, 2019.

GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE