**IN UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALEXANDRIA H. QUINN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:14-cv-1033-ALB** |
| | ) | |
| **CITY OF TUSKEGEE ALABAMA,** | ) | **JURY TRIAL DEMANDED** |
| **and LEVY KELLY,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFF'S EXHIBIT LIST**

COMES NOW Plaintiff ALEXANDRIA H. QUINN, by and through her counsel of record, Algert S. Agricola, Jr. and Barbara H. Agricola, with Agricola Law, LLC, and, pursuant to Section 11 of this Court's Uniform Scheduling Order [Doc. 54] as amended [Doc. 74], hereby submits the following list of exhibits the Plaintiff may use at trial.

The Plaintiff may also use any blow-ups or enlargements of any of the exhibits. The Plaintiff reserves the right to introduce documents or exhibits for rebuttal or impeachment purposes at trial. The Plaintiff reserves the right to supplement her Exhibit List. All Exhibits described in Plaintiff's Exhibit List have either been provided to opposing counsel in the course of discovery or are available for inspection at the undersigned's office located at 127 South 8th Street, Opelika, Alabama 36801.

The Plaintiff's Exhibit List includes:

| No. | Description |
|---|---|
| 1. | Levy Kelly's personnel file from the City of Tuskegee |
| 2. | City of Tuskegee's Use of Force Policy |
| 3. | City of Tuskegee's Departmental Policy Manual |

4.          ALEA Case File 2007 regarding Levy Kelly

5.          ALEA Case File 2012 regarding Levy Kelly

6.          Levy Kelly's records from Alabama Peace Officers Standards and
            Training Commission

7.          Plaintiff's Responses to Defendant's first interrogatories, requests for
            production, and requests for admission

8.          Defendant City of Tuskegee's Responses to Plaintiff's interrogatories and
            requests for production of documents

9.          Defendant City of Tuskegee's Responses to Plaintiff's requests for
            admission

10.         Documents attached to Plaintiff's initial disclosures

11.         Documents attached to Defendant's initial disclosures

12.         Records from the Child Advocacy Center of East Alabama

13.         Affidavit of Michael Clements

14.         Plaintiff's Verified Complaint, [Doc. 1]

15.         Plaintiff's First Amended Complaint [Doc. 62-1]

16.         Levy Kelly's Personnel File from Hayneville Police Department

17.         Plaintiff's Motion for Entry of Default against Levy Kelly [Doc. 93]

18.         Affidavit of Alexandria Quinn

19.         Levy Kelly's criminal file in Macon County, Alabama

20.         Lester Patrick's Complaint against City of Tuskegee and Bernard Houston

21.         12-22-12 Note from Levy Kelly authorizing Shari Smith to collect his
            payroll checks

22.         10-14-12 Alabama Uniform Incident/Offense Report re Alexandria H.
            Quinn, Bates 0002-0003

23.         10-23-12 Alabama Uniform Arrest Report re Alexandria H. Quinn, Bates
            0004-0005

24.	10-16-12 Alabama Uniform Arrest Report re Alexandria H. Quinn, Bates 0006-0007

25.	Affidavit of Michael Clements

26.	Affidavit of Khrystal Hutcherson

27.	08-10-09 Levy Kelly Resignation Letter from Tuskegee Police Dept, Bates 0012

28.	11-04-13 Memo to Levy Kelly from Lester Patrick, Bates 0020

29.	10-29-12 Memo to Levy Kelly from Lester Patrick, Bates 0016

30.	04-19-12 Memo to Levy Kelly from Darian Locure, Bates 0017

31.	03-18-11 Memo to Levy Kelly from Michael Clements, Bates 0018

32.	01-06-11 City of Tuskegee Payroll/Position Authorization, Bates 0021-0022

33.	03-29-11 City of Tuskegee Payroll/Position Authorization, Bates 0031-0032

34.	12-28-10 Records Check re Levy Kelly, Bates 0034

35.	02-14-11 Official Oath, Bates 0035

36.	12-08-08 Memo to Levy Kelly from Michael Clements, Bates 0037

37.	02-04-09 Memo to Levy Kelly from Michael Clements, Bates 0038

38.	06-11-08 Memo to Levy Kelly from Michael Clements, Bates 0039

39.	06-11-09 Memo to Levy Kelly from Michael Clements, Bates 0040

40.	01-29-08 Memo to Levy Kelly from Michael Clements, Bates 0041

41.	08-22-07 Memo to Levy Kelly from Michael Clements, Bates 0042

42.	11-18-06 Memo to Levy Kelly from John D. Moon, Bates 0043

43.	05-23-07 Memo to Levy Kelly from Jennifer Jordan, Bates 0044

44.	06-07-04 Order of Probation, State v. Levy Kelly, CC-2002-1240, Bates 0046

3

45.        07-14-04 Order, State v. Levy Kelly, CC-2002-1240, Bates 0047

46.        01-04-06 State of Alabama, Peace Officers Standards and Training Commission, Certified Law Enforcement Officer Employment Form re Levy Kelly, Bates 0061

47.        03-03-07 City of Tuskegee Personnel Action Form, Bates 0064

48.        2007 APOST Continuing Education Credit Application, Levy Kelly, Bates 0065

49.        09-01-09 City of Tuskegee Payroll/Position Authorization, Bates 0094-0095

50.        07-07-06 City of Tuskegee Payroll/Position Authorization, Bates 0096-0097

51.        12-08-10 City of Tuskegee Employment Application by Levy Kelly, Bates 0098-0101

52.        12-27-05 Oath of Office of Levy Kelly, Bates 0103

53.        12-21-05 City of Tuskegee Payroll/Position Authorization, Bates 0111-0112

54.        04-27-06 City of Tuskegee Payroll/Position Authorization, Bates 0113-0114

55.        08-19-10 Hayneville Police Department Counseling Report Form Re Levy Kelly

56.        02-26-10 Hayneville Police Department Counseling Report Form Re Levy Kelly

57.        05-13-05 State of Alabama, Peace Officers Standards and Training Commission, Certified Law Enforcement Officer Employment Form re Levy Kelly

58.        12-21-05 State of Alabama, Peace Officers Standards and Training Commission, Certified Law Enforcement Officer Termination Form re Levy Kelly

59.        10-15-01 State of Alabama, Peace Officers Standards and Training Commission, Certified Law Enforcement Officer Termination Form re Levy Kelly

60.     Any documents provided to Defendant Levy Kelly by the State of Alabama as part of discovery in the criminal cases against Defendant Levy Kelly

Respectfully submitted this 2d day of April, 2020.

/s/ *Algert S. Agricola, Jr.* (AGR001)

/s/ *Barbara H. Agricola* (AGR004)
Attorneys for Plaintiff Alexandria Quinn

**OF COUNSEL:**
AGRICOLA LAW, LLC
127 South 8th Street
Opelika, Alabama 36804
Telephone: 334.759.7557
Facsimile: 334.759.7558
al@agricolalaw.com
barbara@agricolalaw.com
www.agricolalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by using the CM/ECF filing system, and/or United States mail, first class postage pre-paid, and/or via electronic mail on this 2d day of April, 2020 on all counsel of record.

/s/  *Algert S. Agricola, Jr.*
**OF COUNSEL**