# IN UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| **ALEXANDRIA H. QUINN,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO. 3:14-cv-1033-ALB** |
| | ) | |
| **CITY OF TUSKEGEE ALABAMA,** | ) | **JURY TRIAL DEMANDED** |
| **and LEVY KELLY,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

### PLAINTIFF'S DEPOSITION DESIGNATIONS FOR TRIAL

COMES NOW Plaintiff ALEXANDRIA H. QUINN, by and through her counsel or record, Algert S. Agricola, Jr, and Barbara H. Agricola, with Agricola Law, LLC, and, pursuant to Section 10 of this Court's Uniform Scheduling Order [Doc. 54] as amended [Doc. 74], hereby designates the following portions of depositions taken in this case that may be introduced in evidence at trial:

**1. Lester Patrick**

| FROM | THROUGH |
|---|---|
| Page 10, line 6 | Page 25, line 7 |
| Page 25, line 16 | Page 31, line 23 |
| Page 32, line 3 | Page 39, line 4 |
| Page 41, line 12 | Page 42, line 7 |
| Page 47, line 22 | Page 48, line 13 |
| Page 49, line 9 | Page 50, line 23 |
| Page 70, line 18 | Page 71, line 15 |
| Page 81, line 8 | Page 83, line 1 |
| Page 86, line 11 | Page 86, line 23 |
| Page 87, line 7 | Page 87, line 23 |
| Page 88, line 1 | Page 88, line 23 |
| Page 89, line 2 | Page 89, line 20 |
| Page 92, line 3 | Page 92, line 14 |
| Page 100, line 14 | Page 101, line 2 |
| Page 104, line 11 | Page 104, line 14 |

2. Michael Clements

| FROM | THROUGH |
|---|---|
| Page 5, line 4 | Page 5, line 10 |
| Page 10, line 6 | Page 10, line 9 |
| Page 25, line 17 | Page 26, line 5 |
| Page 28, line 4 | Page 28, line 10 |
| Page 30, line 10 | Page 30, line 14 |
| Page 32, line 5 | Page 32, line 10 |
| Page 33, line 20 | Page 36, line 8 |
| Page 36, line 14 | Page 37, line 11 |
| Page 38, line 23 | Page 39, line 4 |
| Page 40, line 9 | Page 40, line 13 |
| Page 44, line 4 | Page 44, line 10 |
| Page 45, line 16 | Page 46, line 6 |
| Page 56, line 5 | Page 80, line 19 |

3. Alexandria Quinn

| FROM | THROUGH |
|---|---|
| Page 74, line 8 | Page 74, line 15 |
| Page 81, line 8 | Page 82, line 16 |
| Page 26, line 18 | Page 26, line 21 |
| Page 85, line 6 | Page 85, line 14 |
| Page 87, line 20 | Page 88, line 3 |
| Page 5, line 18 | Page 7, line 7 |
| Page 7, line 13 | Page 7, line 17 |
| Page 7, line 21 | Page 9, line 2 |
| Page 9, line 18 | Page 11, line 15 |
| Page 12, line 4 | Page 14, line 19 |
| Page 16, line 8 | Page 17, line 15 |
| Page 17, line 23 | Page 18, line 14 |
| Page 19, line 5 | Page 20, line 23 |
| Page 21, line 12 | Page 22, line 18 |
| Page 23, line 4 | Page 26, line 21 |
| Page 28, line 5 | Page 28, line 22 |
| Page 29, line 13 | Page 30, line 3 |
| Page 32, line 18 | Page 33, line 7 |
| Page 33, line 16 | Page 33, line 23 |
| Page 52, line 13 | Page 54, line 8 |
| Page 56, line 9 | Page 56, line 17 |
| Page 61, line 9 | Page 62, line 13 |
| Page 71, line 5 | Page 72, line 5 |
| Page 73, line 6 | Page 73, line 23 |
| Page 74, line 8 | Page 75, line 2 |

| | |
|---|---|
| Page 76, line 9 | Page 76, line 17 |
| Page 78, line 23 | Page 79, line 12 |
| Page 80, line 7 | Page 80, line 22 |
| Page 81, line 8 | Page 82, line 13 |
| Page 82, line 19 | Page 84, line 20 |
| Page 85, line 6 | Page 85, line 12 |
| Page 85, line 20 | Page 88, line 3 |
| Page 89, line 11 | Page 91, line 4 |
| Page 91, line 5 | Page 93, line 6 |
| Page 96, line 16 | Page 99, line 7 |
| Page 100, line 4 | Page 101, line 3 |
| Page 101, line 11 | Page 104, line 16 |
| Page 105, line 4 | Page 107, line 1 |
| Page 108, line 6 | Page 113, line 19 |
| Page 114, line 10 | Page 120, line 9 |
| Page 122, line 1 | Page 122, line 11 |
| Page 123, line 12 | Page 124, line 17 |
| Page 130, line 10 | Page 130, line 23 |
| Page 131, line 19 | Page 132, line 21 |
| Page 138, line 1 | Page 138, line 15 |
| | |

Respectfully submitted this 2d day of April, 2020.

/s/ *Algert S. Agricola, Jr.* (AGR001)

/s/ *Barbara H. Agricola* (AGR004)
Attorneys for Plaintiff Alexandria Quinn

**OF COUNSEL:**
AGRICOLA LAW, LLC
127 South 8th Street
Opelika, Alabama 36804
Telephone: 334.759.7557
Facsimile: 334.759.7558
al@agricolalaw.com
barbara@agricolalaw.com
www.agricolalaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by using the CM/ECF filing system, and/or United States mail, first class postage pre-paid, and/or via electronic mail on this 2d day of April, 2020 on all counsel of record.

                                                  /s/ *Algert S. Agricola, Jr.*
                                                  **OF COUNSEL**