IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

**ALEXANDRIA H. QUINN,**
 **Plaintiff,**

**v.**            Case No. 3:14-cv-1033-ALB

**CITY OF TUSKEGEE, ALABAMA,**
**and LEVY KELLY,**
**Defendants**.

## RENEWED MOTION TO WITHDRAW

Comes now, Susan G. James, counsel for the defendant Kelly, and files this motion to withdraw in the above referenced case and in support thereof states the following:

1. Kelly was indicted on February 2, 2014 for enticing a child, Rape 1st, and Sexual Abuse 2nd. The undersigned represented him in the District Court and now in Circuit Court on his criminal charges.

2. In October, 2014 the Plaintiff filed the instant lawsuit naming Kelly as a defendant. The undersigned entered an appearance in this case for the purpose of protecting Kelly's Fifth Amendment Rights.

3. A stay of this action was requested on behalf of Kelly (Doc. 5 ) which was granted by this Court on January 6, 2015.

4. On December 10, 2018 the Court lifted the stay and the case is now

active.  Judge Watkins in denying the undersigned's motion to withdraw left open the opportunity to refile anothr motion to withdraw.

5. The undersigned is a sole practitioner and does not have a civil practice. Continued representation of Kelly in this matter would be unfair to him based on counsel's lack of experience in the civil arena.  Additionally, counsel has not been paid any fees by Kelly for representation in this case.  Continued involvement in this case will continue to create a financial hardship for the undersigned.

6.  Counsel is urging the Court to allow the undersigned to withdraw for all the above stated reasons.  Perhaps the State Bar could access the volunteer lawyer roster for pro bono representation of Kelly.  Kelly does not have the resources to hire a lawyer to represent him in the civil case.  His criminal case has been pending for almost five years due to the State's failure to provide exculpatory evidence despite repeated orders by Macon County Judges.

Respectfully submitted,

/s/Susan G. James
SUSAN G.  JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
E-mail: thejamesfirm@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the clerk of court using the court's CM-ECF system, which will send electronic notification of filing to counsel of record for the co-defendant's and Plaintiff's counsel this 9th day of April 2020.

Algert Swanson Agricola , Jr.
Agricola Law
127 South 8th Street
Opelika, AL 36801

Barbara H. Agricola
Agricola Law
127 S. 8th Street
Opelika, AL 36801

Raymond Lewis Jackson , Jr.
Speakman & Jackson
108 N. Dean Road
Auburn, AL 36830

April Willis McKay
Holtsford Gilliland Higgins Hitson & Howard, P.C.
P.O. Box 4128
Montgomery, AL 36103

Fred Jr. David Gray
Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson, PC
P. O. Box 830239
Tuskegee, AL 36083

Milton Carver Davis
Law Offices of Milton Carver Davis
P. O. Box 830509
Tuskegee, AL 36083

Ricky Allen Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
P. O. Box 4128
Montgomery, AL 36103

    Respectfully submitted,

                      <u>s/Susan G. James</u>
                      SUSAN G. JAMES
                      Attorney at Law
                      600 South McDonough Street
                      Montgomery, Alabama 36104
                      Phone: (334) 269-3330
                      E-mail: thejamesfirm@aol.com
                      Bar No: ASB7956J64S