IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

ALEXANDRIA H. QUINN,
 Plaintiff,

v.                                  Case No. 3:14-cv-1033-ALB

CITY OF TUSKEGEE, ALABAMA,
and LEVY KELLY,
Defendants.

## RESPONSE TO COURT ORDER (DOC. 121) ON CONTACT INFORMATION FOR LEVY KELLY

Comes now, Susan G. James, former counsel for defendant Kelly, and files this response to the Court's Order (DOC 121) regarding contact information on Levy Kelly and submits the following:

1. On April 16, 2020, this Court entered an order allowing counsel to withdraw from the above styled case and requested current contact information on Levy Kelly be provided to the Court.

2. Contact was made with Defendant Kelly and he provided the following contact information:

Levy Kelly, 160 Stone Park Blvd., Apt # 2409, Pike Road, Alabama 36063

Cell Phone Number: 678-907-4482 or 334-740-6830

3. Defendant Kelly was also provided a copy of counsel's Motion to Withdraw and a copy of the Court's order allowing counsel to withdraw from the

case.

>
> Respectfully submitted,
>
>
> /s/Susan G. James
> SUSAN G. JAMES
> Attorney at Law
> 600 South McDonough Street
> Montgomery, Alabama 36104
> Phone: (334) 269-3330
> E-mail: thejamesfirm@aol.com
> Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the clerk of court using the court's CM-ECF system, which will send electronic notification of filing to counsel of record for the co-defendant's and Plaintiff's counsel this 20th day of April 2020.

>
> Algert Swanson Agricola , Jr.
> Agricola Law
> 127 South 8th Street
> Opelika, AL 36801
>
> Barbara H. Agricola
> Agricola Law
> 127 S. 8th Street
> Opelika, AL 36801
>
> Raymond Lewis Jackson , Jr.
> Speakman & Jackson
> 108 N. Dean Road
> Auburn, AL 36830
>
> April Willis McKay
> Holtsford Gilliland Higgins Hitson & Howard, P.C.
> P.O. Box 4128

Montgomery, AL 36103

Fred Jr. David Gray
Gray, Langford, Sapp, McGowan, Gray, Gray & Nathanson, PC
P. O. Box 830239
Tuskegee, AL 36083

Milton Carver Davis
Law Offices of Milton Carver Davis
P. O. Box 830509
Tuskegee, AL 36083

Ricky Allen Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
P. O. Box 4128
Montgomery, AL 36103

    Respectfully submitted,

                                        <u>s/Susan G. James</u>
                                        SUSAN G. JAMES
                                        Attorney at Law
                                        600 South McDonough Street
                                        Montgomery, Alabama 36104
                                        Phone: (334) 269-3330
                                        E-mail: thejamesfirm@aol.com
                                        Bar No: ASB7956J64S