IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRIA H. QUINN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:14-cv-1033-ALB |
| CITY OF TUSKEGEE, ALABAMA; former OFFICER LEVY KELLY, | ) |
| Defendants. | ) |

## **ORDER**

This matter comes before the Court on Plaintiff's Motion for Entry of Default (Doc. 93) against Defendant Levy Kelly. The motion is hereby DENIED as moot, in light of this Court's Memorandum Opinion and Order (Doc. 135) granting summary judgment against Kelly.

**DONE** and **ORDERED** this 12th day of May 2020.

                                                  /s/ Andrew L. Brasher
                                            ANDREW L. BRASHER
                                            UNITED STATES DISTRICT JUDGE