IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **ALEXANDRIA H. QUINN,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| Vs. | * | Case No. 3:14-cv-1033-ALB-SMD |
| | * | |
| **CITY OF TUSKEGEE, ALABAMA,** | * | |
| And **LEVY KELLY;** | * | |
| | * | |
| **Defendants.** | * | |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Ashley Tidwell, and files notice of appearance as additional counsel for Defendant City of Tuskegee.

/s/ M. Ashley Tidwell
Rick A. Howard (ASB-9513-W79R)
April W. McKay (ASB-5653-P76W)
M. Ashley Tidwell (ASB-3974-O48M)
Attorneys for Defendant City of Tuskegee

OF COUNSEL:

*Holtsford Gilliland Higgins Hitson & Howard, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:    (334) 215-8585
Facsimile:    (334) 215-7101
rhoward@hglawpc.com
amckay@hglawpc.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

Barbara H. Agricola
Algert S. Agricola, Jr.
Agricola Law, LLC
127 South 8th Street
Opelika, Alabama 36804

Levy Kelly
160 Stone Park Road, Apt. 2409
Pike Road, Alabama 36064

on this the 31st day of May, 2020.

                                            */s Rick A. Howard*
                                            OF COUNSEL