IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRIA H. QUINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 3:14-cv-1033-ALB |
| | ) |
| CITY OF TUSKEGEE, ALABAMA, | ) |
| and LEVY KELLY, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The Middle District of Alabama has resumed jury trials in a modified courtroom under procedures designed to mitigate the risk posed by COVID-19. Accordingly, this case is now ready to be set for trial. The trial will be held at the Frank M. Johnson, Jr. U.S. Courthouse in Montgomery, Alabama. The trial will take place in Courtroom 2F, which has been retrofitted with partitions and additional spacing for jurors, witnesses, counsel, and court personnel.

The trial will commence on one of the following dates: October 26, 2020; November 30, 2020; or December 14, 2020. Under the Middle District's COVID-19 procedures, the case will be tried before a jury selected from either a Northern Division jury pool or a district-wide jury pool. Counsel for the parties are **DIRECTED** to confer and file a joint document indicating (1) which commencement date they prefer, and (2) whether they prefer a Northern Division jury pool or a district-wide jury pool. Counsel are **ORDERED** to file the document no later than **August 26, 2020**.

**DONE** and **ORDERED** this 17th day of August 2020.

                                            /s/ Andrew L. Brasher
                                    ANDREW L. BRASHER
                                    UNITED STATES CIRCUIT JUDGE