IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRIA H. QUINN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 3:14-cv-1033-ALB |
| | ) |
| CITY OF TUSKEGEE, ALABAMA; | ) |
| former OFFICER LEVY KELLY, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S [REVISED] SECOND AMENDED WITNESS LIST**

Comes Now Plaintiff Alexandria H. Quinn ("Plaintiff" or "Quinn"), by and through her counsel of record, Algert S. Agricola, Jr. and Barbara H. Agricola of Agricola Law, LLC, and, pursuant to this Court's Uniform Scheduling Order [Doc. 54] as Amended [Doc. 74], and this Court's Order entered on October 20, 2020 [Doc. 182], files her amended list of individuals who will, or may, be called to testify at the trial of this matter:

**WILL CALL**

1. Levy Kelly
   160 Stone Park Blvd., Apt. 2409
   Pike Road, AL 36063

2. Former Tuskegee Police Chief Lester Patrick
   [redacted]

3. Custodian of Records
   Alabama Law Enforcement Agency
   301 South Ripley Street
   Montgomery, AL 36104

4. Custodian of Records
City of Tuskegee, Alabama
1106 Notasulga Road
Tuskegee, AL 36083

5. Custodian of Records
Macon County Circuit Court
101 Rosa Parks Plaza #300
Tuskegee, AL 36083

6. Custodian of Records
Adult Advocacy Center
1810 Corporate Drive
Opelika, AL 36801

7. Custodian of Records
City of Tuskegee Police Department
1106 Notasulga Road
Tuskegee, AL 36083

8. Custodian of Records
Town of Hayneville, Alabama
241 West Tuskeena Street
Hayneville, AL 36040

9. Alexandria H. Quinn
c/o Agricola Law, LLC
127 South 8th Street
Opelika, AL 36801

10. Michael Clements


11. Khrystal Hutcherson


12. Shalaina Hill

2

13. LaTrivia Mayers
    Child Advocacy Center, Inc.
    1810 Corporate Drive
    Opelika, AL 36801

14. Special Agent Anthony Green
    State Bureau of Investigation
    Alabama Law Enforcement Agency
    834 Adams Avenue
    Montgomery, AL 36104

15. Sheriff Andre Brunson
    Macon County Sheriff's Office
    246 County Road 10
    Tuskegee, AL 36083

16. Chief of Police Marquez James
    City of Tuskegee, Alabama
    1106 Notasulga Road
    Tuskegee, AL 36083

17. Tommy Cheatham
    City of Tuskegee, Alabama
    1106 Notasulga Road
    Tuskegee, AL 36083

18. Alfred Davis
    City of Auburn, Alabama
    144 Tichenor Ave., Ste. 1
    Auburn, AL 36830

**MAY CALL**

19. Jennifer Blondeau
    Child Advocacy Center, Inc.
    1810 Corporate Drive
    Opelika, AL 36801

20. Ashley Lee
    Child Advocacy Center, Inc.
    1810 Corporate Drive
    Opelika, AL 36801

21. Captain Robin Collins
    City of Tuskegee
    1106 Notasulga Road
    Tuskegee, AL 36083

22. Wesley McClain
    Macon County Sheriff's Office
    246 County Road 10
    Tuskegee, AL 36083

23. Michael Provo
    Macon County Sheriff's Office
    246 County Road 10
    Tuskegee, AL 36083

24. Darrian Locure
    City of Tuskegee
    1106 Notasulga Road
    Tuskegee, AL 36083

25. Diamond Mabson
    ███████████████

26. Any witnesses who may testify for the State of Alabama in the two criminal cases currently pending against Defendant Levy Kelly.

27. Any witnesses necessary for rebuttal.

28. Any witness listed by any other party.

29. Any custodian of records that may be necessary for the admission of any relevant documents.

Respectfully submitted this 23d day of November, 2020

.

/s Algert S. Agricola, Jr
Algert S. Agricola, Jr.

/s Barbara H. Agricola
Barbara H. Agricola
Counsel for Plaintiff Alexandria H. Quinn


**Of Counsel:**

**AGRICOLA LAW, LLC**
127 South 8th Street
Opelika, AL 36801
Phone:  334.759.7557
Fax:  334.759.7558
al@agricolalaw.com
barbara@agricolalaw.com

**CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification of filing to counsel of record for Defendants. In addition, I served a copy of the foregoing by U.S. Mail, properly addressed with postage prepaid to the following unrepresented party:

Levy Kelly
160 Stone Park Blvd., Apt. 2409
Pike Road, AL 36063

This the 23d day of November, 2020.

/s/ Algert S. Agricola, Jr.
AGRICOLA LAW, LLC
127 South 8th Street
Opelika, AL 36801
Phone:  334.759.7557
Fax:  334.759.7558
al@agricolalaw.com