**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALEXANDRIA H. QUINN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 3:14-CV-1033-ALB-SMD |
| | * | |
| CITY OF TUSKEGEE, ALABAMA, | * | |
| and LEVY KELLY; | * | |
| | * | |
| Defendants. | * | |

## NOTICE TO COURT

COMES NOW, the undersigned and notifies the court of the following:

1. The undersigned's son has tested positive with COVID-19.

2. The undersigned will be tested on Sunday or Monday.

3. Currently the undersigned is not sure about the quarantine requirements but it is his belief that quarantine must be 10 to 14 days of a family member testing positive and you live with the individual in the same house.

4. It is likely the undersigned will file a motion to continue trial because at best trial preparation cannot fully occur and at worst the undersigned will be in quarantine during trial.

5. The undersigned will update the court with any new information.

                                                    */s Rick A. Howard*
                                                    Rick A. Howard (ASB-9513-W79R)
                                                    April W. McKay (ASB-5653-P76W)
                                                    Attorneys for Defendant City of Tuskegee

OF COUNSEL:
*Holtsford Gilliland Higgins Hitson & Howard, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:     (334) 215-8585
Facsimile:      (334) 215-7101
rhoward@hglawpc.com
amckay@hglawpc.com

                                      /s Milton C. Davis
                                      Milton C. Davis DAV035

OF COUNSEL:
Milton Davis
304 North Main Street
P.O. Box 830509
Tuskegee, Alabama 36083
Davismiltonc@bellsouth.net

## CERTIFICATE OF SERVICE

      I hereby certify that an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of same in the United States Mail, postage prepaid and properly addressed; and/or (c) by personal/firm e-mail to

Barbara H. Agricola
Algert S. Agricola, Jr.
Agricola Law, LLC
127 South 8th Street
Opelika, Alabama 36804

Levy Kelly
160 Stone Park Road, Apt. 2409
Pike Road, Alabama 36064

on this the 3rd day of December, 2020.

                                      */s Rick A. Howard*
                                      OF COUNSEL