# IN UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ALEXANDRIA H. QUINN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:14-cv-1033-ALB |
| ) | |
| **CITY OF TUSKEGEE ALABAMA,** ) | JURY TRIAL DEMANDED |
| **and LEVY KELLY,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S [REVISED] EXHIBIT LIST

**COMES NOW** Plaintiff **ALEXANDRIA H. QUINN**, by and through her counsel of record, Algert S. Agricola, Jr. and Barbara H. Agricola, with Agricola Law, LLC, and, pursuant to Section 11 of this Court's Uniform Scheduling Order [Doc. 54] as amended [Doc. 74], hereby submits the following revised list of exhibits the Plaintiff may use at trial.

The Plaintiff may also use any blow-ups or enlargements of any of the exhibits. The Plaintiff reserves the right to introduce documents or exhibits for rebuttal or impeachment purposes at trial. Plaintiff reserves the right to supplement her Revised Exhibit List. All Exhibits described in Plaintiff's Revised Exhibit List have either been provided to opposing counsel in the course of discovery or are available for inspection at the undersigned's office located at 127 South 8th Street, Opelika, Alabama 36801.

Plaintiff's Revised Exhibit List includes:

1. Levy Kelly's personnel file from the City of Tuskegee;
2. City of Tuskegee's Departmental Policy Manual;
3. Any and all documents and/or audio/video recordings produced by ALEA;
4. Levy Kelly's records from Alabama Peace Officers Standards and Training Commission;

5. Plaintiff's Responses to Defendant's first interrogatories, requests for production, and requests for admission;

6. Defendant City of Tuskegee's Responses to Plaintiff's interrogatories and requests for production of documents;

7. Defendant City of Tuskegee's Responses to Plaintiff's requests for admission;

8. Documents attached to Plaintiff's initial disclosures;

9. Documents attached to Defendant's initial disclosures;

10. Records regarding Alexandria Quinn from the Child Advocacy Center of East Alabama;

11. Levy Kelly's Personnel File from Hayneville Police Department;

12. Affidavit of Michael Clements;

13. Affidavit of Alexandria Quinn;

14. Affidavit of Khrystal Hutcherson;

15. Levy Kelly's criminal history court documents;

16. *Cooks v. Kelly*, et al., 03-CV-2004-1522;

17. Lester Patrick's Complaint against City of Tuskegee and Bernard Houston;

18. Alabama Uniform Incident/Offense Reports and Alabama Uniform Arrest Reports regarding Alexandria H. Quinn's October 14, 2012 arrest;

19. *State v. Levy Kelly*, CC-2002-1240 (June 7, 2004 Order of Probation);

20. *State v. Levy Kelly*, CC-2002-1240 (July 14, 2014 Order);

21. Town of Hayneville Police Department Personnel File for Levy Kelly;

22. Any documents provided to Defendant Levy Kelly by the State of Alabama as part of discovery in the criminal cases against Defendant Levy Kelly;

23. Any documents provided to any party by the Alabama Law Enforcement Agency;

24. Any and all demonstrative exhibits used throughout the course of the trial to aid the jury;

25. Any and all documents produced by either side throughout the course of discovery;

26. Any and all documents needed for rebuttal and/or impeachment purposes.

Respectfully submitted this 28th day of March, 2021.

/s/ *Algert S. Agricola, Jr.* (AGR001)

/s/ *Barbara H. Agricola* (AGR004)
Attorneys for Plaintiff Alexandria Quinn

**OF COUNSEL:**
AGRICOLA LAW, LLC
127 South 8th Street
Opelika, Alabama 36801
Telephone: 334.759.7557
Facsimile: 334.759.7558
al@agricolalaw.com
barbara@agricolalaw.com
www.agricolalaw.com

## CERTIFICATE OF SERVICE

I certify that on this day, March 28, 2021, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification of filing to counsel of record for Defendant City of Tuskegee, Alabama. In addition, I served a copy of the foregoing by U.S. Mail, properly addressed with postage prepaid to the following unrepresented party:

Levy Kelly
160 Stone Park Blvd., Apt. 2409
Pike Road, AL 36063

/s/ *Algert S. Agricola, Jr.*
**OF COUNSEL**