IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ALEXANDRIA H. QUINN,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )  Civil Action No. 3:14-cv-1033-ALB<br>)<br>**CITY OF TUSKEGEE, ALABAMA;** )<br>**former OFFICER LEVY KELLY,** )<br>)<br>**Defendants.** ) | |

**PLAINTIFF'S [REVISED] SECOND AMENDED WITNESS LIST**

Comes Now Plaintiff Alexandria H. Quinn ("Plaintiff" or "Quinn"), by and through her counsel of record, Algert S. Agricola, Jr. and Barbara H. Agricola of Agricola Law, LLC, and, pursuant to this Court's Uniform Scheduling Order [Doc. 54] as Amended [Doc. 74], and this Court's Order entered on October 20, 2020 [Doc. 182], files her [revised] amended list of individuals who will, or may, be called to testify at the trial of this matter:

**WILL CALL**

1. Levy Kelly
   160 Stone Park Blvd., Apt. 2409
   Pike Road, AL 36063

2. Former Tuskegee Police Chief Lester Patrick
   ████████████████

3. Alexandria H. Quinn
   c/o Agricola Law, LLC
   127 South 8th Street
   Opelika, AL 36801

4. Michael Clements


5. Khrystal Hutcherson


6. Shalaina Hill


7. LaTrivia Mayers
Child Advocacy Center, Inc.
1810 Corporate Drive
Opelika, AL 36801

8. Special Agent Anthony Green
State Bureau of Investigation
Alabama Law Enforcement Agency
834 Adams Avenue
Montgomery, AL 36104

9. Sheriff Andre Brunson
Macon County Sheriff's Office
246 County Road 10
Tuskegee, AL 36083

**MAY CALL**

10. Chief of Police Marquez James
City of Tuskegee, Alabama
1106 Notasulga Road
Tuskegee, AL 36083

11. Tommy Cheatham
City of Tuskegee, Alabama
1106 Notasulga Road
Tuskegee, AL 36083

12. Alfred Davis
    City of Auburn, Alabama
    144 Tichenor Ave., Ste. 1
    Auburn, AL 36830

13. Grant A. Fraker
    South Fulton Police Department
    5539 Old National Hwy
    College Park, GA 30349

14. Jennifer Blondeau
    Child Advocacy Center, Inc.
    1810 Corporate Drive
    Opelika, AL 36801

15. Ashley Lee
    Child Advocacy Center, Inc.
    1810 Corporate Drive
    Opelika, AL 36801

16. Captain Robin Collins
    Macon County Sheriff's Office
    246 County Road 10
    Tuskegee, AL 36083

17. Wesley McClain
    Macon County Sheriff's Office
    246 County Road 10
    Tuskegee, AL 36083

18. Michael Provo
    Macon County Sheriff's Office
    246 County Road 10
    Tuskegee, AL 36083

19. Darrian Locure
    City of Tuskegee
    1106 Notasulga Road
    Tuskegee, AL 36083

20. Diamond Mabson
    [REDACTED]

21. Any witnesses who may testify for the State of Alabama in the two criminal cases currently pending against Defendant Levy Kelly.

22. Any witnesses necessary for rebuttal and/or impeachment.

23. Any witness listed by any other party.

24. Any custodian of records that may be necessary for the admission of any relevant documents.

Respectfully submitted this 28th day of March, 2021

/s Algert S. Agricola, Jr
Algert S. Agricola, Jr.

/s Barbara H. Agricola
Barbara H. Agricola
Counsel for Plaintiff Alexandria H. Quinn

**Of Counsel:**

**AGRICOLA LAW, LLC**
127 South 8th Street
Opelika, AL 36801
Phone: 334.759.7557
Fax: 334.759.7558
al@agricolalaw.com
barbara@agricolalaw.com

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification of filing to counsel of record for Defendant City of Tuskegee, Alabama. In addition, I served a copy of the foregoing by U.S. Mail, properly addressed with postage prepaid to the following unrepresented party:

Levy Kelly
160 Stone Park Blvd., Apt. 2409
Pike Road, AL 36063

This the 28th day of March, 2021.

/s/ Algert S. Agricola, Jr.
AGRICOLA LAW, LLC
127 South 8th Street
Opelika, AL 36801
Phone:  334.759.7557
Fax:  334.759.7558
al@agricolalaw.com