IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRIA H. QUINN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14-cv-1033-ALB ) |
| CITY OF TUSKEGEE, ALABAMA, and LEVY KELLY, | ) ) ) |
| Defendants. | ) ) ) ) ) ) |

**OFFICIAL JURY VERDICT FORM—PLAINTIFF QUINN'S CLAIMS AGAINST THE CITY OF TUSKEGEE**

**I. Sexual Assault**: Regarding Plaintiff Alexandria Quinn's constitutional right to bodily integrity/to be free from sexual assault by a law enforcement officer, do you find from a preponderance of the evidence:

1. That Levy Kelly intentionally committed acts that violated Alexandria Quinn's right to bodily integrity/to be free from sexual assault by a law enforcement officer?

    Answer Yes or No: __Yes__

    If your answer is "No," this ends your deliberations with respect to this section, and you should go on to section II. If your answer is "Yes," go to the next question.

2. That Levy Kelly's actions were under color of state law?

1

Answer Yes or No: __yes__

If your answer is "No," this ends your deliberations with respect to this section, and you should go on to section II. If your answer is "Yes," go to the next question.

3. That Levy Kelly's actions caused injury to Plaintiff Alexandria Quinn?

Answer Yes or No: __yes__

If your answer is "No," this ends your deliberations with respect to this section, and you should go on to section II. If your answer is "Yes," go to the next question.

4.

4a. That Levy Kelly's actions were taken in accordance with official policy or custom of the City of Tuskegee?

Answer Yes or No: __no__

4b. That Levy Kelly's actions were taken because of a failure by the City to adequately supervise Kelly?

Answer Yes or No: __no__

Please answer both 4a and 4b. If you answered "No" to both 4a and 4b, then this ends your deliberations with respect to this section and you should move to section II. If you answered "Yes" to either 4a or 4b, then go to the next question.

5. What amount of money if any is appropriate to fully and reasonably compensate for Plaintiff Alexandria Quinn's injuries regarding sexual assault?

$_____

2

**II. Excessive Force**: Regarding Plaintiff Alexandria Quinn's constitutional right not to be subjected to excessive or unreasonable force while being arrested by a law enforcement officer, do you find from a preponderance of the evidence:

1. That Levy Kelly intentionally committed acts that violated Quinn's right to be free from excessive force during arrest?

    Answer Yes or No: __yes__

    If your answer is "No," then this ends your deliberations with respect to this section and you should sign and date this verdict form. If your answer is "Yes," go to the next question.

2. That Levy Kelly's actions were under color of state law?

    Answer Yes or No: __yes__

    If your answer is "No," then this ends your deliberations with respect to this section and you should sign and date this verdict form. If your answer is "Yes," go to the next question.

3. That Levy Kelly's actions caused injury to Plaintiff Alexandria Quinn?

    Answer Yes or No: __yes__

    If your answer is "No," then this ends your deliberations with respect to this section and you should sign and date this verdict form. If your answer is "Yes," go to the next question.

4.
    4a. That Levy Kelly's actions were taken in accordance with official policy or custom of the City of Tuskegee?

    Answer Yes or No: __no__

3

4b. That Levy Kelly's actions were taken because of a failure by the City to adequately supervise Kelly?

Answer Yes or No: _____No_____

Please answer both 4a and 4b. If you answered "No" to both 4a and 4b, then this ends your deliberations with respect to this section and you should sign and date this verdict form. If you answered "Yes" to either 4a or 4b, then go to the next question.

5. What amount of money if any is appropriate to fully and reasonably compensate for Plaintiff Alexandria Quinn's injuries regarding excessive force?

   $_____

SO SAY WE ALL.

_____
Foreperson

Dated: __4/8/21__