IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRIA H. QUINN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:14-cv-1033-ALB |
| CITY OF TUSKEGEE, ALABAMA, and LEVY KELLY, | ) ) ) |
| Defendants. | ) |

## OFFICIAL JURY VERDICT FORM—PLAINTIFF QUINN'S CLAIMS AGAINST DEFENDANT KELLY

**Sexual Assault**: Regarding Plaintiff Alexandria Quinn's claim of sexual assault, what amount of money if any is appropriate to fully and reasonably compensate for Plaintiff Alexandria Quinn's injuries?

$ __1,500,000__

**Excessive Force**: Regarding Plaintiff Alexandria Quinn's claim of excessive or unreasonable force, what amount of money if any is appropriate to fully and reasonably compensate for Plaintiff Alexandria Quinn's injuries?

$ __500,000__

1

SO SAY WE ALL.

_____
Foreperson

Dated: 4/8/21