AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Middle District of Alabama ▾

| | | |
|---|---|---|
| Alexandria H. Quinn | ) | |
| | ) | |
| v. | ) | Case No.: 3:14-cv-1033-ALB-SMD |
| | ) | |
| City of Tuskegee, Alabama and Levy Kelly | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  __04/09/2021__  against  __Plaintiff_____ ,
                                                                      *Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 3,350.79 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,635.75 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2,209.51 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,068.01 |
| TOTAL   $ | 23,264.06 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✔] Electronic service        [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:    s/ Rick A. Howard

Name of Attorney:  Rick A. Howard

For:    City of Tuskegee, Alabama                Date:  4-15-21
        *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

_____          _____          _____
*Clerk of Court*                    *Deputy Clerk*                              *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | | |
| Alabama Peace Officer Standards and Training Commission Representative | | 197.33 | | | | | $197.33 | |
| Kelvin Mitchell | | 275.08 | | | | | $275.08 | |
| Darian Locure | | 245.39 | | | | | $245.39 | |
| Wesley McClain | | 243.39 | | | | | $243.39 | |
| Al Davis | | 257.82 | | | | | $257.82 | |
| See pg. 2 itemization of witness fees | | 990.50 | | | | | $990.50 | |
| | | | | | | TOTAL | $2,209.51 | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

**Witness Fee plus Mileage for Appearance at Trial**

| Name | Total |
|---|---|
| Lester Patrick | 156.80 |
| Circuit Court Clerk Macon County | 241.39 |
| Robin Collins | 247.31 |
| Child Advocacy Representative | 216.20 |
| DHR of Tuskegee | 86.00 |
| ALEA Representative | 42.80 |
| **Total:** | **$990.50** |

## ITEMIZATION OF OTHER COSTS

**Itemized Witness Fees for Deposition Transcripts**

| Name | Total |
|------|-------|
| Wesley McClain | $104.48 |
| Lester Patrick | $393.61 |
| Tommy Cheatham | $72.85 |
| Robin Collins | $187.55 |
| Al Davis | $258.65 |
| Darrian Locure | $168.50 |
| Michael Provo | $28.05 |
| Shalaina Hill | $254.20 |
| Dina Bascomb | $117.44 |
| Lisa Quinn (half day) | $262.04 |
| Lisa Quinn | $699.64 |
| Wesley McClain | $104.48 |
| Michael Clements | $263.54 |
| Latrivia Mayers | $540.74 |
| Total: | **$3,455.17** |

**Witness Fee plus Mileage for Appearance at Deposition**

| Name | Total |
|------|-------|
| Latrivia Sistrunk Mayers | **51.50** |
| Khrystal Hutcherson | **76.65** |
| Shalaina Hill | **69.90** |
| Total: | **198.05** |

**Copying Charges**                    Total: **$4,635.75**

**Records Received from Subpoenas**

| Subpoenaed Records | TOTAL |
|--------------------|-------|
| State Bureau of Investigation | $44.00 |
| APOSTC | $41.50 |
| Total: | $85.50 |

Process Server Fees:      $2,661.50
Dan Black Studios:        $300.00
Discover-E Partners:      $819.51

Travel Costs:                    $898.24
USB Drive for Exhibits:          $14.29

**Complete total of itemized other costs: $13,068.01 (See attached)**

# WITNESS FEE FOR APPEARANCE AT TRIAL

# CHECK REQUEST

DATE OF REQUEST:    May 20, 2020

PAYABLE TO:    Alabama Peace Officers Standards &
Training Commission
100 N. Union St, Ste 600
Montgomery, AL   36130

PHONE NO:    _____

TAX I.D. NO (If For Services):    _____

FOR:    Witness Fee ($40) plus mileage, for trial appearance

AMOUNT:    $111.65

CHARGE TO:    1005/01    MATTER NAME:   Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

__XX__    Please return check to Kelley.

_____    The Runner will see you to get this check.

FOR BOOKKEEPING USE ONLY

CHECK NO: 74264    DATE PAID: 5/20/2020

CLIENT: _____    FIRM: _____

GL # DEBIT: _____    GL# DEBIT: _____

# CHECK REQUEST

DATE OF REQUEST:   May 20, 2020

PAYABLE TO:   Kelvin Mitchell
c/o Town of Hayneville
241 W. Tuskeena Street
Hayneville, AL   36040

PHONE NO:

TAX I.D. NO (If For Services):

FOR:   Witness Fee ($40) plus mileage, for trial appearance

AMOUNT:   $138.33

CHARGE TO:   1005/01   MATTER NAME:   Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   74265   DATE PAID:   5/20/2020

CLIENT:   FIRM:

GL # DEBIT:   GL# DEBIT:

## CHECK REQUEST

DATE OF REQUEST:   May 20, 2020

PAYABLE TO:   Darian Locure
c/o City of Tuskegee
1106Notasulga Road
Tuskegee, AL   36083

PHONE NO:

TAX I.D. NO (If For Services):

FOR:   Witness Fee ($40) plus mileage, for trial appearance

AMOUNT:   $70.02

CHARGE TO:   1005/01      MATTER NAME:   Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____      Please mail as needed in attached envelope.

_____      Invoice attached.

__XX__      Please return check to Kelley.

_____      The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO: 74266      DATE PAID: 5/20/2020

CLIENT:                      FIRM:

GL # DEBIT:                      GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:    May 20, 2020

PAYABLE TO:    Wesley McClain

█████████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:    Witness Fee ($40) plus mileage, for trial appearance

AMOUNT:    $71.97

CHARGE TO:    1005/01    MATTER NAME:    Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

__XX__    Please return check to Kelley.

_____    The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:    74267    DATE PAID:    5/20/2020

CLIENT:    FIRM:

GL # DEBIT:    GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:   May 20, 2020

PAYABLE TO:   Al Davis
City of Auburn
144 Tichenor Avenue
Auburn, AL   36830

PHONE NO:

TAX I.D. NO (If For Services):

FOR:   Witness Fee ($40) plus mileage, for trial appearance

AMOUNT:   $50.70

CHARGE TO:   1005/01   MATTER NAME:   Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   74268   DATE PAID:   5/20/2020

CLIENT:   FIRM:

GL # DEBIT:   GL# DEBIT:

## CHECK REQUEST

DATE OF REQUEST:   May 20, 2020

PAYABLE TO:     Lester Patrick

PHONE NO:

TAX I.D. NO (If For Services):

FOR:     Witness Fee ($40) plus mileage, for trial appearance

AMOUNT:   $73.12

CHARGE TO:   1005/01    MATTER NAME:   Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

__XX__    Please return check to Kelley.

_____    The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO: 74269      DATE PAID: 5/20/2020

CLIENT:       FIRM:

GL # DEBIT:       GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:   May 21, 2020

PAYABLE TO:   Macon County Circuit Court Clerk
101 Rosa Parks Plaza, Suite 300
Tuskegee, AL   36083

PHONE NO:   _____

TAX I.D. NO (If For Services):   _____

FOR:   Witness Fee ($40) plus mileage, for trial appearance

AMOUNT:   $70.59

CHARGE TO:   1005/01   MATTER NAME:   Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

FOR BOOKKEEPING USE ONLY

CHECK NO:   74272   DATE PAID:   5/20/2020

CLIENT:   _____   FIRM:   _____

GL # DEBIT:   _____   GL# DEBIT:   _____

## **CHECK REQUEST**

DATE OF REQUEST:   May 26, 2020

PAYABLE TO:   Robin Collins

███████████████

PHONE NO:   _____   ✓

TAX I.D. NO (If For Services): _____

FOR:   Witness Fee ($40) plus mileage, for trial appearance

AMOUNT:   $71.97

CHARGE TO:   1005/01   MATTER NAME:   Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO: 74274   DATE PAID: 5/26/2020

CLIENT:   FIRM:   12000.00

GL # DEBIT: _____   GL# DEBIT: _____

# CHECK REQUEST

DATE OF REQUEST:     November 20, 2020

PAYABLE TO:     Robin Collins

███████████████████

PHONE NO:     _____

TAX I.D. NO (If For Services):     _____

FOR:     Witness Fee plus mileage, for trial appearance

AMOUNT:   $88.30     (84 miles @ .575, plus $40 witness fee)

CHARGE TO:     1005-01     MATTER NAME: Quinn/Tuskegee

REQUESTED BY:     Kelley     _____

ADDITIONAL INFORMATION:

_____     Please mail as needed in attached envelope.

_____     Invoice attached.

  XX       Please return check to Kelley.

_____     The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   76576     DATE PAID:   11/20/2020

CLIENT: _____     FIRM: _____

GL # DEBIT: _____     GL# DEBIT: _____

# **CHECK REQUEST**

DATE OF REQUEST:     November 20, 2020

PAYABLE TO:     Kelvin Mitchell

████████████████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:      Witness Fee plus mileage, for trial appearance

AMOUNT:   $68.75     (50 miles @ .575, plus $40 witness fee)

CHARGE TO:    1005-01      MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____      Please mail as needed in attached envelope.

_____      Invoice attached.

_XX_      Please return check to Kelley.

_____      The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   76577      DATE PAID:  11/20/2020

CLIENT:                    FIRM:

GL # DEBIT:                 GL# DEBIT:

# **CHECK REQUEST**

DATE OF REQUEST:    November 20, 2020

PAYABLE TO:    Darian Locure

████████████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:  $88.30   (84 miles @ .575, plus $40 witness fee)

CHARGE TO:  1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:  Kelley

ADDITIONAL INFORMATION:

    _____    Please mail as needed in attached envelope.

    _____    Invoice attached.

    _XX_    Please return check to Kelley.

    _____    The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:  76578    DATE PAID:  11/20/2020

CLIENT:        FIRM:

GL # DEBIT:      GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:     November 20, 2020

PAYABLE TO:     Wesley McClain

████████████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:     Witness Fee plus mileage, for trial appearance

AMOUNT:   $88.30   (84 miles @ .575, plus $40 witness fee)

CHARGE TO:   1005-01     MATTER NAME: Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____     Please mail as needed in attached envelope.

_____     Invoice attached.

XX      Please return check to Kelley.

_____     The Runner will see you to get this check.

FOR BOOKKEEPING USE ONLY

CHECK NO:   76579     DATE PAID:   11/20/2020

CLIENT:          FIRM:

GL # DEBIT:          GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:    November 20, 2020

PAYABLE TO:    Lester Patrick

████████████████████████

PHONE NO:    _____

TAX I.D. NO (If For Services): _____

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:    $84.85    (78 miles @ .575, plus $40 witness fee)

CHARGE TO:    1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley _____

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

__XX__    Please return check to Kelley.

_____    The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:  76580        DATE PAID:  11/20/2020

CLIENT: _____    FIRM: _____

GL # DEBIT: _____    GL# DEBIT: _____

# CHECK REQUEST

DATE OF REQUEST:    November 20, 2020

PAYABLE TO:    Al Davis

█████████████████████

PHONE NO:    _____

TAX I.D. NO (If For Services):    _____

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:    $104.40    (112 miles @ .575, plus $40 witness fee)

CHARGE TO:    1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

XX    Please return check to Kelley.

_____    The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   76581    DATE PAID:   11/20/2020

CLIENT:    _____    FIRM:    _____

GL # DEBIT:    _____    GL# DEBIT:    _____

# CHECK REQUEST

DATE OF REQUEST:   November 20, 2020

PAYABLE TO:    Child Advocacy Center of East Alabama
d/b/a Twin Cedars Child Advocacy Center
1810 Corporate Drive
Opelika, AL   36801

PHONE NO:

TAX I.D. NO (If For Services):

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:   $109.00   (120 miles @ .575, plus $40 witness fee)

CHARGE TO:   1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   76582    DATE PAID:  11/20/2020

CLIENT:    FIRM:

GL # DEBIT:    GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:    November 20, 2020

PAYABLE TO:       Alabama Peace Officers Standards &
                    Training Commission
                  100 N. Union Street, Suite 600
                  Montgomery, AL   36130

PHONE NO:

TAX I.D. NO (If For Services):

FOR:       Witness Fee plus mileage, for trial appearance

AMOUNT:   $42.88    (5 miles @ .575, plus $40 witness fee)

CHARGE TO:    1005-01     MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____     Please mail as needed in attached envelope.

_____     Invoice attached.

__XX__      Please return check to Kelley.

_____     The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO: 76583        DATE PAID: 11/20/2020

CLIENT:              FIRM:

GL # DEBIT:           GL# DEBIT:

# CHECK REQUEST

**DATE OF REQUEST:**     November 20, 2020

**PAYABLE TO:**      ALEA
301 S Ripley Street
Montgomery, AL   36104

**PHONE NO:**

**TAX I.D. NO (If For Services):**

**FOR:**      Witness Fee plus mileage, for trial appearance

**AMOUNT:**   $42.88     (5 miles @ .575, plus $40 witness fee)

**CHARGE TO:**     1005-01      **MATTER NAME:** Quinn/Tuskegee

**REQUESTED BY:**     Kelley

**ADDITIONAL INFORMATION:**

_____        Please mail as needed in attached envelope.

_____        Invoice attached.

__XX__        Please return check to Kelley.

_____        The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

**CHECK NO:** 76584          **DATE PAID:** 11/20/2020

**CLIENT:**                    **FIRM:**

**GL # DEBIT:**               **GL# DEBIT:**

# CHECK REQUEST

**DATE OF REQUEST:**   November 20, 2020

**PAYABLE TO:**   City of Tuskegee Human Resources Dept
101 Fonville Street, #201
Tuskegee, AL   36083

**PHONE NO:** _____

**TAX I.D. NO (If For Services):** _____

**FOR:**   Witness Fee plus mileage, for trial appearance

**AMOUNT:**   $86.00   (80 miles @ .575, plus $40 witness fee)

**CHARGE TO:**   1005-01   **MATTER NAME:** Quinn/Tuskegee

**REQUESTED BY:**   Kelley

**ADDITIONAL INFORMATION:**

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

**CHECK NO:** 76585   **DATE PAID:** 11/20/2020

**CLIENT:** _____   **FIRM:** _____

**GL # DEBIT:** _____   **GL# DEBIT:** _____

# CHECK REQUEST

DATE OF REQUEST:     November 20, 2020

PAYABLE TO:     Michael Provo

███████████████████████

PHONE NO:     _____

TAX I.D. NO (If For Services):     _____

FOR:     Witness Fee plus mileage, for trial appearance

AMOUNT:   $88.30     (84 miles @ .575, plus $40 witness fee)

CHARGE TO:     1005-01     MATTER NAME: Quinn/Tuskegee

REQUESTED BY:     Kelley

ADDITIONAL INFORMATION:

_____     Please mail as needed in attached envelope.

_____     Invoice attached.

_XX_     Please return check to Kelley.

_____     The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   76586        DATE PAID:  11/20/2020

CLIENT:     _____     FIRM:     _____

GL # DEBIT:     _____     GL# DEBIT:     _____

# CHECK REQUEST

DATE OF REQUEST:        November 20, 2020

PAYABLE TO:        David Love, Macon County Circuit Clerk

███████████████████

PHONE NO:        _____

TAX I.D. NO (If For Services): _____

FOR:        Witness Fee plus mileage, for trial appearance

AMOUNT:     $86.00     (80 miles @ .575, plus $40 witness fee)

CHARGE TO:     1005-01        MATTER NAME: Quinn/Tuskegee

REQUESTED BY:     Kelley _____

ADDITIONAL INFORMATION:

_____        Please mail as needed in attached envelope.

_____        Invoice attached.

__XX__        Please return check to Kelley.

_____        The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO: 76587        DATE PAID: 11/20/2020

CLIENT: _____        FIRM: _____

GL # DEBIT: _____        GL# DEBIT: _____

# CHECK REQUEST

DATE OF REQUEST:    March 8, 2021

PAYABLE TO:    Robin Collins

PHONE NO:

TAX I.D. NO (If For Services):

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:    $87.04    (84 miles @ .56, plus $40 witness fee)

CHARGE TO:    1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

_XX_    Please return check to Kelley.

_____    The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO: 77949    DATE PAID: 3/9/21

CLIENT:    FIRM:

GL # DEBIT:    GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:   March 8, 2021

PAYABLE TO:   Kelvin Mitchell

███████████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:   Witness Fee plus mileage, for trial appearance

AMOUNT:   $68.00   (50 miles @ .56, plus $40 witness fee)

CHARGE TO:   1005-01   MATTER NAME: Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

_XX_   Please return check to Kelley.

_____   The Runner will see you to get this check.

FOR BOOKKEEPING USE ONLY

CHECK NO: 77950   DATE PAID: 3/9/21

CLIENT:   FIRM:

GL # DEBIT:   GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:    March 8, 2021

PAYABLE TO:    Darian Locure

██████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:    $87.04    (84 miles @ .56, plus $40 witness fee)

CHARGE TO:    1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

XX    Please return check to Kelley.

_____    The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:    77951    DATE PAID:    3/9/21

CLIENT:    FIRM:

GL # DEBIT:    GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:    March 8, 2021

PAYABLE TO:    Wesley McClain

███████████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:    $83.12    (77 miles @ .56, plus $40 witness fee)

CHARGE TO:    1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____        Please mail as needed in attached envelope.

_____        Invoice attached.

_XX_        Please return check to Kelley.

_____        The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO: 77952        DATE PAID: 3/9/21

CLIENT:                FIRM:

GL # DEBIT:                GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:    March 8, 2021

PAYABLE TO:    Michael Provo

███████████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:    $87.04    (84 miles @ .56, plus $40 witness fee)

CHARGE TO:    1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

__XX__    Please return check to Kelley.

_____    The Runner will see you to get this check.

FOR BOOKKEEPING USE ONLY

CHECK NO:    77953    DATE PAID:    3/9/21

CLIENT:    FIRM:

GL # DEBIT:    GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:   March 8, 2021

PAYABLE TO:   Lester Patrick

█████████████████████

PHONE NO:   _____

TAX I.D. NO (If For Services):   _____

FOR:   Witness Fee plus mileage, for trial appearance

AMOUNT:   $83.68   (78 miles @ .56, plus $40 witness fee)

CHARGE TO:   1005-01   MATTER NAME: Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   77954   DATE PAID:   3/9/21

CLIENT: _____   FIRM: _____

GL # DEBIT: _____   GL# DEBIT: _____

# CHECK REQUEST

DATE OF REQUEST:   March 8, 2021

PAYABLE TO:   Al Davis

PHONE NO:

TAX I.D. NO (If For Services):

FOR:   Witness Fee plus mileage, for trial appearance

AMOUNT:   $102.72   (112 miles @ .56, plus $40 witness fee)

CHARGE TO:   1005-01   MATTER NAME: Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:  77955   DATE PAID:  3/9/21

CLIENT:   FIRM:

GL # DEBIT:   GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:   March 8, 2021

PAYABLE TO:

Child Advocacy Center of East Alabama
d/b/a Twin Cedars Child Advocacy Center
1810 Corporate Drive
Opelika, AL   36801

PHONE NO:

TAX I.D. NO (If For Services):

FOR:   Witness Fee plus mileage, for trial appearance

AMOUNT:   $107.20   (120 miles @ .56, plus $40 witness fee)

CHARGE TO:   1005-01   MATTER NAME: Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

XX   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   77956   DATE PAID:   3/9/21

CLIENT: _____   FIRM: _____

GL # DEBIT: _____   GL# DEBIT: _____

# CHECK REQUEST

DATE OF REQUEST:    March 8, 2021

PAYABLE TO:      Alabama Peace Officers Standards &
                     Training Commission
                  100 N. Union Street, Suite 600
                  Montgomery, AL   36130

PHONE NO:

TAX I.D. NO (If For Services):

FOR:      Witness Fee plus mileage, for trial appearance

AMOUNT:   $42.80    (5 miles @ .56, plus $40 witness fee)

CHARGE TO:    1005-01     MATTER NAME: Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

     _____        Please mail as needed in attached envelope.

     _____        Invoice attached.

     __XX__        Please return check to Kelley.

     _____        The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:  77957         DATE PAID:  3/9/21

CLIENT:                  FIRM:

GL # DEBIT:            GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:    March 8, 2021

PAYABLE TO:    David Love, Macon County Circuit Clerk
101 Rosa Parks Plaza, #300
Tuskegee, AL   36083

PHONE NO:

TAX I.D. NO (If For Services):

FOR:    Witness Fee plus mileage, for trial appearance

AMOUNT:   $84.80    (80 miles @ .56, plus $40 witness fee)

CHARGE TO:    1005-01    MATTER NAME: Quinn/Tuskegee

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

XX    Please return check to Kelley.

_____    The Runner will see you to get this check.

FOR BOOKKEEPING USE ONLY

CHECK NO:   77958    DATE PAID:  3/9/21

CLIENT:    FIRM:

GL # DEBIT:    GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:   March 8, 2021

PAYABLE TO:     ALEA
                    301 S Ripley Street
                    Montgomery, AL   36104

PHONE NO:

TAX I.D. NO (If For Services):

FOR:     Witness Fee plus mileage, for trial appearance

AMOUNT:   $42.80    (5 miles @ .56, plus $40 witness fee)

CHARGE TO:   1005-01     MATTER NAME: Quinn/Tuskegee

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____      Please mail as needed in attached envelope.

_____      Invoice attached.

  XX       Please return check to Kelley.

_____      The Runner will see you to get this check.

FOR BOOKKEEPING USE ONLY

CHECK NO: 77959     DATE PAID: 3/9/21

CLIENT:               FIRM:

GL # DEBIT:            GL# DEBIT:

# DEPOSITION COSTS



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 8222 | 6/7/2019 | 3493 |
| **Job Date** | **Case No.** | |
| 5/30/2019 | 3:14-CV-1033-WKW | |
| **Case Name** | | |
| Quinn v. City of Tuskegee, Alabama, and Kelly | | |
| | | |
| **Payment Terms** | | |
| | | |

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL  36109

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Alexandria H. Quinn | 168.00 Pages | @ | 3.48 | 584.64 |
| Half Day Per Diem | 1.00 | @ | 75.00 | 75.00 |
| Processing | 1.00 | @ | 20.00 | 20.00 |
| Delivery | 1.00 | @ | 20.00 | 20.00 |
| | **TOTAL DUE  >>>** | | | **$699.64** |

Hard copies are available upon request. Please remit payment to: Cite, LLC, PO Box 1175, Birmingham, AL 35201. Credit card payments can be made at www.citedepos.com. Call us at 205.545.5155 for further assistance - THANK YOU!

**PAID**

JUN 1 5 2019

*1005-1*

Date Rec'd: 6-10-79
Date in RM: 6-15-19
Amount Paid: $ 699.64
Check No.: 70234

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL  36109

| | | |
|---|---|---|
| Invoice No. | : | 8222 |
| Invoice Date | : | 6/7/2019 |
| **Total Due** | : | **$699.64** |

Remit To:   **Cite, LLC**
            **PO Box 1175**
            **Birmingham, AL  35201**

| | | |
|---|---|---|
| Job No. | : | 3493 |
| BU ID | : | CITE BHAM |
| Case No. | : | 3:14-CV-1033-WKW |
| Case Name | : | Quinn v. City of Tuskegee, Alabama, and Kelly |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9172 | 9/17/2019 | 4315 |

| Job Date | Case No. | |
|---|---|---|
| 9/10/2019 | | |

| Case Name | | |
|---|---|---|
| Quinn v. City of Tuskegee, et al. | | |

| Payment Terms | | |
|---|---|---|
| | | |

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL  36109

| | | | | | |
|---|---|---|---|---|---|
| Date Received: | 9-19-19 | | | | |
| Date in RM: | 10-16-19 | | | | |
| Amount Paid: | 747.50 | | | | |
| Check No. : | 71673 | | | | |
| Date Paid: | 10-16-19 | | | | |

ORIGINAL TRANSCRIPT OF:
    Dina Bascomb
        Processing

ORIGINAL TRANSCRIPT OF:
    Lisa M. Quinn
        Half Day Per Diem
        Processing

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Michael Clements
        Scanned exhibits
        Processing

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Wesley McClain
        Processing
        Delivery

1005-1

| Quantity | | Rate | Amount |
|---|---|---|---|
| 28.00 Pages | @ | 3.48 | 97.44 |
| 1.00 | @ | 20.00 | 20.00 |
| 48.00 Pages | @ | 3.48 | 167.04 |
| 1.00 | @ | 75.00 | 75.00 |
| 1.00 | @ | 20.00 | 20.00 |
| 98.00 Pages | @ | 2.48 | 243.04 |
| 2.00 | @ | 0.25 | 0.50 |
| 1.00 | @ | 20.00 | 20.00 |
| 26.00 Pages | @ | 2.48 | 64.48 |
| 1.00 | @ | 20.00 | 20.00 |
| 1.00 | @ | 20.00 | 20.00 |

**TOTAL DUE  >>>**  **$747.50**

Please see your invoice (attached). Hard copies are available upon request. We appreciate your business!
Remit payment to: Cite, LLC, PO Box 6173, Montgomery, AL 36106. Credit card payments can be made at www.citedepos.com. Call us at
866.993.0207 for further assistance - THANK YOU!

**Tax ID:** 82-1643675

Phone: 334.215.8585   Fax:334.215.7101

*Please detach bottom portion and return with payment.*

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL  36109

| | | |
|---|---|---|
| Invoice No. | : | 9172 |
| Invoice Date | : | 9/17/2019 |
| **Total Due** | : | **$ 747.50** |

Remit To: **Cite, LLC**
          **PO Box 6173**
          **Montgomery, AL  36106**

| | | |
|---|---|---|
| Job No. | : | 4315 |
| BU ID | : | CITE BHAM |
| Case No. | : | |
| Case Name | : | Quinn v. City of Tuskegee, et al. |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9194 | 9/19/2019 | 4316 |
| Job Date | Cause No. | |
| 9/11/2019 | | |
| Case Name | | |
| Quinn v. City of Tuskegee, et al. | | |
| Payment Terms | | |

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL 36109

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lester Patrick | 132.00  Pages | @ | 2.48 | 327.36 |
| Scanned exhibits | 105.00 | @ | 0.25 | 26.25 |
| Processing | | | 20.00 | 20.00 |
| Delivery | | | 20.00 | 20.00 |
| | | | **TOTAL DUE  >>>** | **$393.61** |

We appreciate your business!  Hard copies are available upon request.
Remit payment to: Cite, LLC, PO Box 6173, Montgomery, AL 36106. Credit card payments can be made at www.citedepos.com. Call us at 866.993.0207 for further assistance - THANK YOU!

1005 11

Date Received: 9-19-19
Date in RM: 10-16-19
Amount Paid: 393.61
Check No. : 71673
Date Paid: 10-16-19

**Tax ID:** 82-1643675

Phone: 334.215.8585   Fax:334.215.7101

*Please detach bottom portion and return with payment.*

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL 36109

| | | |
|---|---|---|
| Invoice No. | : | 9194 |
| Invoice Date | : | 9/19/2019 |
| **Total Due** | : | **$393.61** |

Remit To:   **Cite, LLC**
            **PO Box 6173**
            **Montgomery, AL 36106**

| | | |
|---|---|---|
| Job No. | : | 4316 |
| BU ID | : | CITE BHAM |
| Cause No. | : | |
| Case Name | : | Quinn v. City of Tuskegee, et al. |

# INVOICE



# ALABAMA
## COURT REPORTING, INC.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20741 | 1/9/2020 | 11732 |

| Job Date | Case No. |
|---|---|
| 12/18/2019 | 3:14-cv-1033-WKW |

| Case Name |
|---|
| Alexandria H. Quinn v. City of Tuskegee Alabama and Levy Kelly |

| Payment Terms |
|---|
| Due upon receipt |

Rick Howard, Esq.
Holtsford Gilliland Higgins Hitson & Howard
4001 Carmichael Road, Suite 300
Montgomery, AL  36106

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Captain Robin Collins | 50.00 Pages | 122.50 |
| Exhibit | 89.00 Pages | 40.05 |
| Hard Copy | 50.00 Pages | 5.00 |
| Shipping | | 20.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Lieutenant Provo | 11.00 Pages | 26.95 |
| Hard Copy | 11.00 Pages | 1.10 |
| | **TOTAL DUE  >>>** | **$215.60** |

You may pay by Credit Card!
HOWEVER, There will be a 4% service charge
added to all invoices paying
by credit card.

TERMS: Payable upon receipt.
NOT CONTINGENT ON CLIENT PAYMENT.

IF PAYING BY CHECK, PLEASE INCLUDE INVOICE NUMBER.

WE SINCERELY APPRECIATE YOUR BUSINESS!

Date Received:  1-10-20
Date in RM:  1-24-20
Amount Paid:  215.60
Check No. :  72893
Date Paid:  1-24-20

**Tax ID:** 47-3910921

Phone: 334-215-8585   Fax:

*Please detach bottom portion and return with payment.*

Rick Howard, Esq.
Holtsford Gilliland Higgins Hitson & Howard
4001 Carmichael Road, Suite 300
Montgomery, AL  36106

| | | |
|---|---|---|
| Invoice No. | : | 20741 |
| Invoice Date | : | 1/9/2020 |
| **Total Due** | : | **$215.60** |

| | | |
|---|---|---|
| Job No. | : | 11732 |
| BU ID | : | 1-MAIN |
| Case No. | : | 3:14-cv-1033-WKW |
| Case Name | : | Alexandria H. Quinn v. City of Tuskegee Alabama and Levy Kelly |

Remit To:  **Alabama Court Reporting, Inc.**
**109 Jefferson Street, North**
**Suite 8**
**Huntsville, AL  35801**

# INVOICE



**ALABAMA**
COURT REPORTING, INC.

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 20866 | 1/23/2020 | 11833 |

| Job Date | Case No. | |
|---|---|---|
| 1/14/2020 | 3:14-cv-1033-WKW | |

| Case Name | |
|---|---|
| Alexandria H. Quinn v. City of Tuskegee Alabama and Levy Kelly | |

| Payment Terms |
|---|
| Due upon receipt |

Rick Howard, Esq.
Holtsford Gilliland Higgins Hitson & Howard
4001 Carmichael Road, Suite 300
Montgomery, AL  36106



ORIGINAL TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Officer Darian Locure | | | |
| Hard Copy | 41.00 | Pages | 133.25 |
| Shipping | 41.00 | Pages | 4.10 |
| Condensed | | | 25.00 |
| | 41.00 | Pages | 6.15 |
| | **TOTAL DUE  >>>** | | **$168.50** |

You may pay by Credit Card!
HOWEVER, There will be a 4% service charge
added to all invoices paying
by credit card.

TERMS: Payable upon receipt.
NOT CONTINGENT ON CLIENT PAYMENT.

IF PAYING BY CHECK, PLEASE INCLUDE INVOICE NUMBER.

WE SINCERELY APPRECIATE YOUR BUSINESS!

Date Received: 1-23-20
Date in RM: 1-24-20
Amount Paid: 68.50
Check No. : 72893
Date Paid: 1-24-20

*1005-1*

**Tax ID:** 47-3910921

Phone: 334-215-8585   Fax

*Please detach bottom portion and return with payment.*

Rick Howard, Esq.
Holtsford Gilliland Higgins Hitson & Howard
4001 Carmichael Road, Suite 300
Montgomery, AL  36106

| Invoice No. | : | 20866 |
|---|---|---|
| Invoice Date | : | 1/23/2020 |
| **Total Due** | : | **$168.50** |

Remit To: **Alabama Court Reporting, Inc.**
**109 Jefferson Street, North**
**Suite 8**
**Huntsville, AL  35801**

| Job No. | : | 11833 |
|---|---|---|
| BU ID | : | 1-MAIN |
| Case No. | : | 3:14-cv-1033-WKW |
| Case Name | : | Alexandria H. Quinn v. City of Tuskegee Alabama and Levy Kelly |

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11742 | 8/31/2020 | 6237 |

| Job Date | Case No. |
|---|---|
| 8/20/2020 | 3:14-cv-1033-WKW |

| Case Name |
|---|
| Quinn v. City of Tuskegee et al. |

| Payment Terms |
|---|
| Please remit payment in 15 days |

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL 36109

ORIGINAL TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Shalaina Hill | 40.00 | Pages @ | 3.48 | 139.20 |
| Half Day Per Diem | 1.00 | @ | 75.00 | 75.00 |
| Processing | 1.00 | @ | 20.00 | 20.00 |
| Delivery | 1.00 | @ | 20.00 | 20.00 |
| **TOTAL DUE  >>>** | | | | **$254.20** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

Date Received:  8-31-2020
Date in RM:  9-3-20
Amount Paid:  254.20
Check No. :  75418
Date Paid:  9-3-20

1005

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL 36109

Invoice No.   : 11742
Invoice Date  : 8/31/2020
**Total Due**     : **$254.20**

Remit To:  **Cite, LLC**
           **PO Box 6173**
           **Montgomery, AL 36106**

Job No.      : 6237
BU ID        : CITE BHAM
Case No.     : 3:14-cv-1033-WKW
Case Name    : Quinn v. City of Tuskegee et al.

**Alabama Court Reporting**
109 Jefferson St. North Suite 8
Huntsville, AL 35801
Phone: 877-478-3376



Rick Howard, Esq.
Holtsford Gilliland Higgins Hitson & Howard
4001 Carmichael Road
Suite 300
Montgomery, AL 36106

### *Invoice #30789*

| Date | Terms |
|------|-------|
| 09/08/2020 | Due on receipt |

**Depo/Job #30635 on 08/21/2020**

**Case:** Alexandria H. Quinn v. City of Tuskegee
Alabama and Levy Kelly

**Shipped On:**
**Shipped Via:** UPS
**Delivery Type:** Normal

| Description | Qty | Amount |
|-------------|-----|--------|
| **Copy Transcript of Tommy Cheatham** | | |
| Copy of Transcript (31 Pages) | 1.00 | $ 69.75 |
| Printed Hard Copy (31 Pages) | 1.00 | $ 3.10 |
| | | $ 72.85 |
| **Copy Transcript of Al Davis** | | |
| Copy of Transcript (95 Pages) | 1.00 | $ 213.75 |
| Printed Hard Copy (95 Pages) | 1.00 | $ 9.50 |
| Exhibits, Black & White (26 Pages) | 1.00 | $ 10.40 |
| Shipping | 1.00 | $ 25.00 |
| | | $ 258.65 |

*1005-1*

| | |
|---|---|
| Amount Due: | $ 331.50 |
| Paid: | $ 0.00 |

| Balance Due: | $ 331.50 |
|--------------|----------|
| **Payment Due:** | **Upon Receipt** |

Date Received: *9-9-2020*
Date in RM: *9-15-20*
Amount Paid: *331.50*
Check No. : *75035*
Date Paid: *9-15-20*

**Tax ID - 47-3910921**

**Due on receipt; not contingent upon client payment.**

**If paying by check, please include invoice number.**

**There will be a 4% service fee added to all credit card payments.**

This invoice has also been sent electronically with your E-transcript.

# INVOICE

1 of 1

# Cite

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 11918 | 9/17/2020 | 6354 |

| Job Date | Case No. | |
|---|---|---|
| 9/9/2020 | 3:14-cv-1033-WKW | |

| Case Name | | |
|---|---|---|
| Quinn v. City of Tuskegee, et al. | | |

| Payment Terms | | |
|---|---|---|
| Please remit payment in 15 days | | |

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL 36109

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| LaTrivia Mayers | 113.00 | Pages | @ | 3.48 | 393.24 |
| Half Day Per Diem | 1.00 | | @ | 75.00 | 75.00 |
| Scanned exhibits | 130.00 | | @ | 0.25 | 32.50 |
| Processing | 1.00 | | @ | 20.00 | 20.00 |
| Delivery | 1.00 | | @ | 20.00 | 20.00 |
| **TOTAL DUE   >>>** | | | | | **$540.74** |

Thank you for your business!  Hard copies of this transcript are available upon request. You can pay online at www.citedepos.com, call us at 866.993.0207 or mail payment to:

Cite, LLC
PO Box 6173
Montgomery, AL 36106

THANK YOU!

Date Received: 9-18-2020
Date in RM: 9-28-20
Amount Paid: 540.74
Check No. : 75780
Date Paid: 9-28-20

1005-1

**Tax ID:** 82-1643675

*Please detach bottom portion and return with payment.*

Rick Howard
Holtsford, Gilliland, Higgins, Hitson & Howard, PC
4001 Carmichael Road
Suite 300
Montgomery, AL 36109

| Invoice No. | : 11918 |
|---|---|
| Invoice Date | : 9/17/2020 |
| **Total Due** | : **$540.74** |

Remit To:  **Cite, LLC**
     **PO Box 6173**
     **Montgomery, AL 36106**

| Job No. | : 6354 |
|---|---|
| BU ID | : CITE BHAM |
| Case No. | : 3:14-cv-1033-WKW |
| Case Name | : Quinn v. City of Tuskegee, et al. |

# WITNESS FEE FOR APPEARANCE AT DEPOSITIONS

# CHECK REQUEST

DATE OF REQUEST:   August 18, 2020

PAYABLE TO:   Latrivia Sistrunk Mayers

PHONE NO:

TAX I.D. NO (If For Services):

FOR:   Witness Fee ($40) plus mileage, for deposition appearance

AMOUNT:   $51.50

CHARGE TO:   1005-01   MATTER NAME:   Tuskegee/Quinn

REQUESTED BY:   Kelley

ADDITIONAL INFORMATION:

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:   75252   DATE PAID:   8/18/2020

CLIENT:   FIRM:

GL # DEBIT:   GL# DEBIT:

# CHECK REQUEST

DATE OF REQUEST:    August 18, 2020

PAYABLE TO:         Khrystal Hutcherson

███████████████

PHONE NO:

TAX I.D. NO (If For Services):

FOR:        Witness Fee ($40) plus mileage, for deposition appearance

AMOUNT:    $75.65

CHARGE TO:    1005-01        MATTER NAME:   Tuskegee/Quinn

REQUESTED BY:    Kelley

ADDITIONAL INFORMATION:

_____    Please mail as needed in attached envelope.

_____    Invoice attached.

__XX__    Please return check to Kelley.

_____    The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

CHECK NO:  75253        DATE PAID:  8/18/2020

CLIENT:                    FIRM:

GL # DEBIT:                GL# DEBIT:

# CHECK REQUEST

**DATE OF REQUEST:**   August 18, 2020

**PAYABLE TO:**   Shalaina Hill

████████████████████

**PHONE NO:**

**TAX I.D. NO (If For Services):**

**FOR:**   Witness Fee ($40) plus mileage, for deposition appearance

**AMOUNT:**   $69.90

**CHARGE TO:**   1005-01   **MATTER NAME:**  Tuskegee/Quinn

**REQUESTED BY:**   Kelley

**ADDITIONAL INFORMATION:**

_____   Please mail as needed in attached envelope.

_____   Invoice attached.

__XX__   Please return check to Kelley.

_____   The Runner will see you to get this check.

---

FOR BOOKKEEPING USE ONLY

**CHECK NO:**  75254   **DATE PAID:**  8/18/2020

**CLIENT:**   **FIRM:**

**GL # DEBIT:**   **GL# DEBIT:**

# COPYING CHARGES

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

Client Number
Matter No. & Name

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

### Cost Entries

| Date Worked | Cost Item | Entry No.<br>Work Status<br>Check Number | Internal Amount<br>Charge Amount<br>Bill Value | Description<br>Notes<br>Codes | Quantity<br>Anticipated<br>Authorized By |
|---|---|---|---|---|---|
| 03/31/2019 | Photocopies | 142789 | 13.00 | Black & White Photocopies - $.25 a Copy | 52 |
| | | Billed | 13.00 | | ☐ |
| | | | 13.00 | | |
| 04/30/2019 | Photocopies | 143444 | 10.75 | Black & White Photocopies - $.25 a Copy | 43 |
| | | Billed | 10.75 | | ☐ |
| | | | 10.75 | | |
| 05/31/2019 | Photocopies | 143939 | 49.75 | Black & White Photocopies - $.25 a Copy | 199 |
| | | Billed | 49.75 | | ☐ |
| | | | 49.75 | | |
| 05/31/2019 | Photocopies | 144125 | 12.75 | Black & White Photocopies - $.25 a Copy | 51 |
| | | Billed | 12.75 | | ☐ |
| | | | 12.75 | | |
| 06/30/2019 | Photocopies | 144627 | 51.00 | Black & White Photocopies - $.25 a Copy | 204 |
| | | Billed | 51.00 | | ☐ |
| | | | 51.00 | | |
| 06/30/2019 | Photocopies | 144785 | 69.25 | Black & White Photocopies - $.25 a Copy | 277 |
| | | Billed | 69.25 | | ☐ |
| | | | 69.25 | | |

# Matter Worked Detail Report

### Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/31/2019 | Photocopies | | 145471 | 140.00 | Black & White Photocopies - $.25 a Copy | 560 |
| | | Billed | | 140.00 | | ☐ |
| | | | | 140.00 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/31/2019 | Photocopies | | 146256 | 12.25 | Black & White Photocopies - $.25 a Copy | 49 |
| | | Billed | | 12.25 | | ☐ |
| | | | | 12.25 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/30/2019 | Photocopies | | 146949 | 28.50 | Black & White Photocopies - $.25 a Copy | 114 |
| | | Billed | | 28.50 | | ☐ |
| | | | | 28.50 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/31/2019 | Photocopies | | 147568 | 13.50 | Black & White Photocopies - $.25 a Copy | 54 |
| | | Billed | | 13.50 | | ☐ |
| | | | | 13.50 | | |

# Matter Worked Detail Report
### Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/30/2019 | Photocopies | | 148252 | 43.25 | Black & White Photocopies - $.25 a Copy | 173 |
| | | Billed | | 43.25 | | ☐ |
| | | | | 43.25 | | |
| 02/05/2020 | Photocopies | | 149706 | 30.75 | Black & White Photocopies - $.25 a Copy | 123 |
| | | Billed | | 30.75 | | ☐ |
| | | | | 30.75 | | |
| 02/29/2020 | Photocopies | | 150378 | 103.75 | Black & White Photocopies - $.25 a Copy | 415 |
| | | Billed | | 103.75 | | ☐ |
| | | | | 103.75 | | |
| 03/31/2020 | Photocopies | | 151042 | 11.25 | Black & White Photocopies - $.25 a Copy | 45 |
| | | Billed | | 11.25 | | ☐ |
| | | | | 11.25 | | |
| 04/30/2020 | Photocopies | | 151671 | 63.00 | Black & White Photocopies - $.25 a Copy | 252 |
| | | Billed | | 63.00 | | ☐ |
| | | | | 63.00 | | |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*
**C1005: City of Tuskegee**

| 05/31/2020 | Color Copies | | 152436 | 3.50 | Color Photocopies - $.25 a Copy | 14 |
|---|---|---|---|---|---|---|
| | | Billed | | 3.50 | | ☐ |
| | | | | 3.50 | | |
| 05/31/2020 | Photocopies | | 152437 | 2,912.25 | Black & White Photocopies - $.25 a Copy | 11,649 |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/30/2020 | Photocopies | | 153156 | 17.75 | Black & White Photocopies - $.25 a Copy | 71 |
| | | Billed | | 17.75 | | ☐ |
| | | | | 17.75 | | |
| 07/31/2020 | Photocopies | | 153898 | 16.75 | Black & White Photocopies - $.25 a Copy | 67 |
| | | Billed | | 16.75 | | ☐ |
| | | | | 16.75 | | |

| | | |
|---|---|---|
| Billed | 46.00 | ☐ |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*

*Matter No. & Name*

**C1005: City of Tuskegee**

C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | 75278 | 46.00 | | Janet |
|---|---|---|---|---|---|---|
| 08/31/2020 | Photocopies | | 154771 | 116.00 | Black & White Photocopies - $.25 a Copy | 464 |
| | | Billed | | 116.00 | | ☐ |
| | | | | 116.00 | | |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*

*Matter No. & Name*

**C1005: City of Tuskegee**

C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| 09/30/2020 | Photocopies | 155629 | 28.00 | Black & White Photocopies - $.25 a Copy | 112 |
| | | Billed | 28.00 | | ☐ |
| | | | 28.00 | | |

| 10/31/2020 | Photocopies | 156456 | 10.75 | Black & White Photocopies - $.25 a Copy | 43 |
| | | Billed | 10.75 | | ☐ |
| | | | 10.75 | | |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| 11/30/2020 | Photocopies | | 157145 | 346.75 | Black & White Photocopies - $.25 a Copy | 1,387 |
| | | Billed | | 346.75 | | ☐ |
| | | | | 346.75 | | |

| 12/31/2020 | Photocopies | | 157855 | 17.50 | Black & White Photocopies - $.25 a Copy | 70 |
| | | Billed | | 17.50 | | ☐ |
| | | | | 17.50 | | |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/31/2021 | Photocopies | | 158463 | 8.75 | Black & White Photocopies - $.25 a Copy | 35 |
| | | Billed | | 8.75 | | ☐ |
| | | | | 8.75 | | |
| 02/28/2021 | Photocopies | | 159146 | 2.75 | Black & White Photocopies - $.25 a Copy | 11 |
| | | Billed | | 2.75 | | ☐ |
| | | | | 2.75 | | |

## Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*
**C1005: City of Tuskegee**

| 03/31/2021 | Color Copies | 159983 | 4.75 | Color Photocopies - $.25 a Copy | 19 |
|---|---|---|---|---|---|
| | Work-In-Process | | 4.75 | | ☐ |
| | | | 4.75 | | |
| 03/31/2021 | Photocopies | 159984 | 614.25 | Black & White Photocopies - $.25 a Copy | 2,457 |
| | Work-In-Process | | 614.25 | | ☐ |
| | | | 614.25 | | |

**Total For C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.**

| Actual Hours | Actual Dollars | Printed Hours | Printed Dollars | Internal Amount | Charge Amount | Bill Value |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 15,532.02 | 15,532.02 | 15,532.02 |

# PROCESS SERVER FEES

# CLH Investigations

Post Office Box 241806
Montgomery, Alabama 36124
(334) 618-0498
clhinvestigations@gmail.com

March 26, 2021

Mr. Rick A. Howard
Holtsford Gilliland
Attorney at Law
PO Box 4128
Montgomery, AL 36103

| | |
|---|---|
| Date Received: | 3-29-21 |
| Date in RM: | 4-5-21 |
| Amount Paid: | 631.50 |
| Check No. : | 78308 |
| Date Paid: | 4-5-21 |

RE:   Quinn v. City of Tuskegee, et al
      Ref #1005/01

Service of 8 subpoenas (6/$75; 2/$25)                     $500.00
263 miles at $.50/mile                                       131.50
Total due                                                   $631.50

*Thank you*
*Charlotte L. Henderson*

# CLH Investigations

Post Office Box 241806
Montgomery, Alabama 36124
(334) 618-0498
clhinvestigations@gmail.com

December 3, 2020

Mr. Rick A. Howard
Holtsford Gilliland
Attorney at Law
PO Box 4128
Montgomery, AL 36103

Date Received: *12-4-2020*
Date in RM: *12-22-20*
Amount Paid: *784.00*
Check No. : *76991*
Date Paid: *12-22-20*

RE:   Quinn v. City of Tuskegee, et al
      Ref #1005/01

---

Wesley McClain is retired and was not served

Service perfected upon:
Custodian of Records, Child Advocacy Center of East AL
Al Davis, City of Auburn
Darian Locure, MCSO
Robin Collins, MCSO
Michael Provo, MCSO
Lester Patrick
David Love, Macon County Circuit Clerk
Custodian of Records, City of Tuskegee HR
Kelvin Mitchell, Town of Hayneville
Custodian of Records, AL Peace Officers
Custodian of Records, ALEA                          $675.00

218 miles at $.50/mile                               109.00


Total due                                          $784.00


*Thank you*
*Charlotte L. Henderson*

**Alabama Legal & Investigative Services, Inc.**
P.O. Box 1485
Wetumpka, AL 36092

**INVOICE:** 4878107
Issued:   Sep 21, 2020

**Holtsford Gilliland Higgins Hitson & Howard PC**
Virginia Morris - Legal Secretary
P.O. Box 4128
Montgomery, AL 36103-4128

PAY TO:
**Alabama Legal & Investigative Services, Inc.**
P.O. Box 1485
Wetumpka, AL 36092

| Case: | 3:14-cv-1033-WKW | Plaintiff / Petitioner: | Alexandria H. Quinn |
| Job: | 4878107 | Defendant / Respondent: | City Of Tuskegee, Alabama & Levy Kelly |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Standard Service | Standard - Service of Process | $90.00 | 1 | $90.00 |
| Skip Tracing | Skip Tracing w/Service of Process | $35.00 | 1 | $35.00 |

We appreciate your business.

Please pay the "Balance Due" within 14 days.

| | |
|---|---|
| Total: | $125.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$125.00** |

Alabama Legal & Investigative Services, Inc.  •  P.O. Box 1485, Wetumpka, AL 36092

Call: 334-478-4147  •  Email: office@alis-inc.com  •  Visit: alis-inc.com

Date Received:   9-23-2020
Date in RM:   10-21-20
Amount Paid:   125.00
Check No. :   76134
Date Paid:   10-21-20

*1005-1*

Date Received: 9-24-2020
Date in RM: 10-20-20
Amount Paid: 284.00
Check No. : 16111
Date Paid: 10-20-20

# CLH Investigations

Post Office Box 241806
Montgomery, Alabama 36124
(334) 618-0498
clhinvestigations@gmail.com

September 12, 2020

Mr. Rick A. Howard
Holtsford Gilliland
Attorney at Law
PO Box 4128
Montgomery, AL 36103

RE:   Quinn v. City of Tuskegee, et al
         Ref #1005/01

---

8/26/2020
Service upon Annie Moss, mother of Khrystal
Hutcherson                                                               $ 75.00
134 miles at $.50/mile                                                    67.00
9/12/2020
Service upon Annie Moss, mother of Khrystal
Hutcherson                                                               $ 75.00
134 miles at $.50/mile                                                    67.00

Total due                                                              $284.00

*Thank you*
*Charlotte L. Henderson*

*1005/01*

# CLH Investigations

Post Office Box 241806
Montgomery, Alabama 36124
(334) 618-0498
clhinvestigations@gmail.com

| | |
|---|---|
| Date Received: | 8-27-2020 |
| Date in RM: | 9-22-20 |
| Amount Paid: | 142.00 |
| Check No. : | 75725 |
| Date Paid: | 9-22-20 |

August 26, 2020

Mr. Rick A. Howard
Holtsford Gilliland
Attorney at Law
PO Box 4128
Montgomery, AL 36103

RE:   Quinn v. City of Tuskegee, et al
        Ref #1005/01

---

Service upon Annie Moss, mother of Khrystal
Hutcherson                                              $ 75.00
134 miles at $.50/mile                                    67.00

Total due                                              $142.00

*Thank you*
*Charlotte L. Henderson*

Date Received: *5-26-2020*
Date in RM: *6-9-20*
Amount Paid: *85.00*
Check No. : *74456*
Date Paid: *6-9-20*

**Due Process Legal Services**
PO Box 242475
Montgomery, Al 36124

**INVOICE:** 4551656
Issued: May 26, 2020
Sent to: Kelley Tracy

**Holtsford, Gilliland, Higgins, Hitson & Howard**
Liz Behrens
4001 Carmichael Rd 300
Montgomery, AL 36106

*1005/1*

PAY TO:
Due Process Legal Services
PO Box 242475
Montgomery, Al 36124

| Case: | 3:14-cv-1033-ALB-SMD | Plaintiff / Petitioner: | Alexandria Quinn |
|-------|----------------------|-------------------------|------------------|
| Job: | 4551656 (1005/01) | Defendant / Respondent: | City of Tuskegee, Alabama et al |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Served | Kelvin Mitchell c/o Town of Hayneville<br>Billing Code: 1005/01 | $85.00 | 1 | $85.00 |

| | |
|---|---|
| Thanks for your business. Please pay the "Balance Due" within 15 days. Accounts not paid within 15 days of the date of the invoice are subject to a 1.5% monthly finance charge." | Total: $85.00<br>Amount Paid: ($0.00)<br>**Balance Due: $85.00** |

Due Process Legal Services  •  PO Box 242475, Montgomery, Al 36124

Call: 334-416-8544  •  Email: office@dueprocesslegal.net  •  Visit: www.dueprocesslegal.net

Date Received: 5-26-2020
Date in RM: 6-9-20
Amount Paid: 85.00
Check No. : 74457
Date Paid: 6-9-20

**Due Process Legal Services**
PO Box 242475
Montgomery, Al 36124

**INVOICE:**  **4551648**
Issued:  May 26, 2020
Sent to: Kelley Tracy

**Holtsford, Gilliland, Higgins, Hitson & Howard**
Kelley Tracy
4001 Carmichael Rd 300
Montgomery, AL 36106

PAY TO:
Due Process Legal Services
PO Box 242475
Montgomery, Al 36124

| Case: | 3:14-cv-1033-ALB-SMD | Plaintiff / Petitioner: | Alexandria Quinn |
| Job: | 4551648 (1005/01) | Defendant / Respondent: | City of Tuskegee, Alabama et al |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Served | Darin Locure<br>Billing Code:1005/01 | $85.00 | 1 | $85.00 |

| Thanks for your business. Please pay the "Balance Due" within 15 days. Accounts not paid within 15 days of the date of the invoice are subject to a 1.5% monthly finance charge." | Total: | $85.00 |
| | Amount Paid: | ($0.00) |
| | **Balance Due:** | **$85.00** |

Due Process Legal Services  •  PO Box 242475, Montgomery, Al 36124

Call: 334-416-8544  •  Email: office@dueprocesslegal.net  •  Visit: www.dueprocesslegal.net

Date Received: 5-27-2020
Date in RM:
Amount Paid: 100.00
Check No. : 74458
Date Paid: 6-9-20

**Due Process Legal Services**
PO Box 242475
Montgomery, Al 36124

INVOICE: 4561086
Issued: May 27, 2020
Sent to: Kelley Tracy

**Holtsford, Gilliland, Higgins, Hitson & Howard**
Kelley Tracy
4001 Carmichael Rd 300
Montgomery, AL 36106

PAY TO:
Due Process Legal Services
PO Box 242475
Montgomery, Al 36124

| Case: | 3:14-cv-1033-ALB-SMD | Plaintiff / Petitioner: | Alexandria Quinn |
| Job: | 4561086 (1005/01) | Defendant / Respondent: | City of Tuskegee, Alabama et al |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Served | Robin Collins<br>Billing Code 1005/01 | $85.00 | 1 | $85.00 |
| Discounted Rush Fee | | $15.00 | 1 | $15.00 |

Thanks for your business. Please pay the "Balance Due" within 15 days. Accounts not paid within 15 days of the date of the invoice are subject to a 1.5% monthly finance charge."

| | |
|---|---|
| Total: | $100.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$100.00** |

Due Process Legal Services  •  PO Box 242475, Montgomery, Al 36124

Call: 334-416-8544  •  Email: office@dueprocesslegal.net  •  Visit: www.dueprocesslegal.net

Date Received: *5-26-2020*
Date in RM: *6-9-20*
Amount Paid: *85.00*
Check No. : *74461*
Date Paid: *6-9-20*

**Due Process Legal Services**
PO Box 242475
Montgomery, Al 36124

INVOICE:  4551575
Issued:   May 22, 2020
Sent to: Liz Behrens

**Holtsford, Gilliland, Higgins, Hitson & Howard**
Liz Behrens
4001 Carmichael Rd 300
Montgomery, AL 36106

PAY TO:
Due Process Legal Services
PO Box 242475
Montgomery, Al 36124

| Case: | 3:14-cv-1033-ALB-SMD | Plaintiff / Petitioner: | Alexandria Quinn |
|-------|----------------------|-------------------------|------------------|
| Job: | 4551575 (1005/01) | Defendant / Respondent: | City of Tuskegee, Alabama et al |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Served | Lester Patrick<br>Billing Code: 1005/01 | $85.00 | 1 | $85.00 |

Thanks for your business. Please pay the "Balance Due" within 15 days. Accounts not paid within 15 days of the date of the invoice are subject to a 1.5% monthly finance charge."

| | |
|--|--|
| Total: | $85.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$85.00** |

Due Process Legal Services  •  PO Box 242475, Montgomery, Al 36124

Call: 334-416-8544  •  Email: office@dueprocesslegal.net  •  Visit: www.dueprocesslegal.net

Date Received: 5-26-2020
Date in RM: 6-9-20
Amount Paid: 85.00
Check No. : 74462
Date Paid: 6-9-20

**Due Process Legal Services**
PO Box 242475
Montgomery, Al 36124

**INVOICE:** 4551603
Issued: May 22, 2020
Sent to: Liz Behrens

**Holtsford, Gilliland, Higgins, Hitson & Howard**
Liz Behrens
4001 Carmichael Rd 300
Montgomery, AL 36106

PAY TO:
Due Process Legal Services
PO Box 242475
Montgomery, Al 36124

| Case: | 3:14-cv-1033-ALB-SMD | Plaintiff / Petitioner: | Alexandria Quinn |
| Job: | 4551603 (1005/01) | Defendant / Respondent: | City of Tuskegee, Alabama et al |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Served | Custodian of Records Ala Peace Officers Standards and Training Commission<br>Billing Code: 1005/01 | $85.00 | 1 | $85.00 |

Thanks for your business. Please pay the "Balance Due" within 15 days. Accounts not paid within 15 days of the date of the invoice are subject to a 1.5% monthly finance charge."

| | |
|---|---|
| Total: | $85.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$85.00** |

Due Process Legal Services • PO Box 242475, Montgomery, Al 36124

Call: 334-416-8544 • Email: office@dueprocesslegal.net • Visit: www.dueprocesslegal.net

Date Received: 5-26-2020
Date in RM: 6-9-20
Amount Paid: 85.00
Check No. : 74463
Date Paid: 6-9-20

**Due Process Legal Services**
PO Box 242475
Montgomery, Al 36124

**INVOICE: 4551642**
Issued: May 22, 2020
Sent to: Liz Behrens

**Holtsford, Gilliland, Higgins, Hitson & Howard**
Liz Behrens
4001 Carmichael Rd 300
Montgomery, AL 36106

PAY TO:
Due Process Legal Services
PO Box 242475
Montgomery, Al 36124

| Case: | 3:14-cv-1033-ALB-SMD | Plaintiff / Petitioner: | Alexandria Quinn |
| Job: | 4551642 (1005/01) | Defendant / Respondent: | City of Tuskegee, Alabama et al |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Served | Al Davis<br>Billing Code: 1005/01 | $85.00 | 1 | $85.00 |

Thanks for your business. Please pay the "Balance Due" within 15 days. Accounts not paid within 15 days of the date of the invoice are subject to a 1.5% monthly finance charge."

| | |
|---|---|
| Total: | $85.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$85.00** |

Due Process Legal Services  •  PO Box 242475, Montgomery, Al 36124

Call: 334-416-8544  •  Email: office@dueprocesslegal.net  •  Visit: www.dueprocesslegal.net

Date Received: *5-26-2020*
Date in RM: *6-9-20*
Amount Paid: *85.00*
Check No. : *74464*
Date Paid: *6-9-20*

**Due Process Legal Services**
PO Box 242475
Montgomery, Al 36124

**INVOICE: 4551557**
Issued: May 22, 2020
Sent to: Liz Behrens

**Holtsford, Gilliland, Higgins, Hitson & Howard**
Liz Behrens
4001 Carmichael Rd 300
Montgomery, AL 36106

PAY TO:
Due Process Legal Services
PO Box 242475
Montgomery, Al 36124

| Case: | 3:14-cv-1033-ALB-SMD | **Plaintiff / Petitioner:** | Alexandria Quinn |
| Job: | 4551557 (1005/01) | **Defendant / Respondent:** | City of Tuskegee, Alabama et al |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Retired | Wesley McClain<br>Billing Code: 1005/01 | $85.00 | 1 | $85.00 |

Thanks for your business. Please pay the "Balance Due" within 15 days. Accounts not paid within 15 days of the date of the invoice are subject to a 1.5% monthly finance charge."

| | |
|---|---|
| Total: | $85.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$85.00** |

Due Process Legal Services • PO Box 242475, Montgomery, Al 36124

Call: 334-416-8544 • Email: office@dueprocesslegal.net • Visit: www.dueprocesslegal.net

Date Received: 5-26-2020
Date in RM: 6-9-20
Amount Paid: 85.00
Check No. : 74465
Date Paid: 6-9-20

**Due Process Legal Services**
PO Box 242475
Montgomery, Al 36124

**INVOICE: 4551629**
Issued: May 22, 2020
Sent to: Kelley Tracy

**Holtsford, Gilliland, Higgins, Hitson & Howard**
Liz Behrens
4001 Carmichael Rd 300
Montgomery, AL 36106

PAY TO:
Due Process Legal Services
PO Box 242475
Montgomery, Al 36124

| Case: | 3:14-cv-1033-ALB-SMD | Plaintiff / Petitioner: | Alexandria Quinn |
| Job: | 4551629 (1005/01) | Defendant / Respondent: | City of Tuskegee, Alabama et al |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Served | Custodian of Records Macon Co Circuit Clerk<br>Billing Code: 1005/01 | $85.00 | 1 | $85.00 |

Thanks for your business. Please pay the "Balance Due" within 15 days. Accounts not paid within 15 days of the date of the invoice are subject to a 1.5% monthly finance charge."

| | |
|---|---|
| Total: | $85.00 |
| Amount Paid: | ($0.00) |
| **Balance Due:** | **$85.00** |

Due Process Legal Services  •  PO Box 242475, Montgomery, Al 36124

Call: 334-416-8544  •  Email: office@dueprocesslegal.net  •  Visit: www.dueprocesslegal.net

# DAN BLACK STUDIOS (AUDIO CONSULTANT FOR USE OF AUDIO CLIPS AT TRIAL)

**How did you find us?**

Sign    Google Search    Radio    Facebook    Instagram

Dan Black Studi
Digital Media Serv
5965 Monticello D
Montgomery, AL 36117
334-279-8088
danblackstudios.tv

Other/Referral _____   ☐ New Customer   ☒ Prev Customer   **Work Order**

Email FOR DISCOUNTS / SPECIAL OFFERS

Date   3 / 30 / 21 Tu.

Name   Ashley Tidwell— Holtsford, Gillmde   Cell# (334) 215-8585

Address   Home#   called 3/31/21

City   State   Zip

Billing Status: COD/BILL .   Business

| Work Description | Due Date   /   / | Event |
|---|---|---|
| USB w/ audio clip— | | $150/hr. |
| ed.t out 7 segments as noted | | 1 hour |
| Put onto USB provided (w/ red rubberband) | | |

Label:   Price Estimate: $150

**Waiver of Responsibility:** The undersigned hereby warrants that the material being presented to Dan Black Studios Inc. or its agents is no his/her knowledge protected by copyright, owned by another, or that material is protected. If so the undersigned has obtained the permission of the copyright owner in allowance.

Date___

COLOR FAB INC.
5965 MONTI___LO DR
MONTGOMERY, AL 36117
3342796036

Cashier: DAN BLACK
Transaction 001046

**Total**                    $150.00
CREDIT CARD SALE     $150.00
VISA 9444
31-Mar-2021 2:32:50P
$150.00 | Method: EMV
VISA CREDIT XXXXXXXXXXXX9444
M.TIDWELL
Reference ID: 10900050396
Auth ID: 075166
MID: ******0888
AID: A000000031010
AthNtwkNm: VISA
SIGNATURE VERIFIED

Online: https://clover.com/p
/T6FGVZX8WQ0MW

Payment T6FGVZX8WQ0MW

Clover Privacy Policy
https://clover.com/privacy

α12-1520

# How did you find us?

Sign   Google Search   Radio   Facebook   Instagram



**Dan Black Studios**
Digital Media Services
5965 Monticello Drive
Montgomery, AL 36117
334-279-6036
danblackstudios.tv

Other/Referral _____   ☐ New Customer   ☒ Prev Customer     **Work Order**

**Email** FOR DISCOUNTS / SPECIAL OFFERS

Date  12 / 1 / 20 Tu.

Name  Ashley Tidwell (Rick Howard)   Cell# 215-8585

Address                                    Home# 12/3/20 loft msg.

City                State            Zip

Billing Status: CSD/BILL . Business

| Work Description | Due Date  /  / | Event |
|---|---|---|

audio edit (from USB file)                    $150/hr.
see attached notes - 12 clips from one recording
save on new USB they provided (as sep. files
     per clip)                                  1 hr. edit


                                               PAID 12/4/20 visa


Label:                          Price Estimate: $ 150 Total

**Waiver of Responsibility:** The undersigned hereby warrants that the material being presented to Dan Black Studios Inc. or its agents is n... his/her knowledge protected by copyright, owned by another, or that material is protected. If so the undersigned has obtained the permission o... the copyright owner to allow Dan Black Studios, Inc, make copies of the material, and that such permission is in written form in the possession o... the undersigned. The undersigned will hold the arise by reason of infringement of copyright related to this order.

Signature: _____ Date: _____ Picked up by _____ Date____

Dd Ck# 76949

# COLORBAR INC.
5965 MONTICELLO DR
MONTGOMERY, AL 36117
3342796036

Cashier: DAN BLACK

Transaction **000791**

**Total**                          **$150.00**

CREDIT CARD SALE              $150.00
VISA 9444

04-Dec-2020 9:04:28A
$150.00 | Method: EMV
VISA CREDIT XXXXXXXXXXXXX9444
M TIDWELL
Reference ID: 033900500896
Auth ID: 02840G
MID: ********0888
AID: A0000000031010
AthNtwkNm: VISA
SIGNATURE VERIFIED

Online: https://clover.com/p
/YCK6YACP61J04

Payment YCK6YACP61J04

Clover Privacy Policy
https://clover.com/privacy

# DISCOVER-E PARTNERS (EXHIBITS FOR TRIAL)

Discover E Partners
28 Monroe Street, Suite 100
Montgomery, AL  36104 US
(334)2632511
bert.morris@discoverepartners.com



DISCOVER ⊛ PARTNERS

1005-1

# INVOICE

**BILL TO**
Holtsford Gilliland Higgins
Hitson et al
4001 Carmichael Center,
STE 300
Montgomery, Alabama
36117

**INVOICE #** 11204
**DATE** 05/27/2020
**DUE DATE** 06/26/2020
**TERMS** Net 30

| C/M #: | ORDERED BY: |
|---|---|
| 1005/01 | Virginia |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| 24x36 B/W Trial Board | 11 | 40.00 | 440.00T |
| 24x36 Color Trial Board | 1 | 65.00 | 65.00T |

Tax ID#27-1122079

| | |
|---|---|
| SUBTOTAL | 505.00 |
| TAX (10%) | 50.51 |
| TOTAL | 555.51 |
| **BALANCE DUE** | **$555.51** |

Date Received: 6-1-2020
Date in RM: 6-16-20
Amount Paid: 555.51
Check No. : 74532
Date Paid: 6-16-20

Thank you for using Discover E Partners.
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid with in 30 days, a five percent (5%) finance charge may be added. Customer is responsible for all cost of collections, including reasonable attorney fees.

Discover E Partners
28 Monroe Street, Suite 100
Montgomery, AL  36104 US
(334)2632511
bert.morris@discoverepartners.com



DISCOVER ● PARTNERS

1005-1

# INVOICE

**BILL TO**
Holtsford Gilliland Higgins
Hitson et al
4001 Carmichael Center,
STE 300
Montgomery, Alabama
36117

**INVOICE #** 11208
**DATE** 06/01/2020
**DUE DATE** 07/01/2020
**TERMS** Net 30

| C/M #: | ORDERED BY: |
|---|---|
| 1005/01 | Keri |

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **24x36 B/W Trial Board** | 1 | 40.00 | 40.00T |

Tax ID#27-1122079

| | |
|---|---|
| SUBTOTAL | 40.00 |
| TAX (10%) | 4.00 |
| TOTAL | 44.00 |
| **BALANCE DUE** | **$44.00** |

Date Received: 6-1-2020
Date in RM: 6-16-20
Amount Paid: 44.00
Check No. : 74531
Date Paid: 6-16-20

Thank you for using Discover E Partners.
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid with in 30 days, a five percent (5%) finance
charge may be added. Customer is responsible for all cost of collections, including reasonable attorney fees.

**Discover E Partners**
28 Monroe Street, Suite 100
Montgomery, AL  36104 US
(334)2632511
bert.morris@discoverepartners.com

DISCOVER ⊕ PARTNERS

# INVOICE

**BILL TO**
Holtsford Gilliland Higgins
Hitson et al
4001 Carmichael Center,
STE 300
Montgomery, Alabama
36117

**INVOICE #** 11723
**DATE** 03/24/2021
**DUE DATE** 04/23/2021
**TERMS** Net 30

**C/M #:**
1005-0001

**ORDERED BY:**
Keri

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **24x36 B/W Trial Board** | 5 | 40.00 | 200.00T |

Tax ID#27-1122079

| | |
|---|---|
| SUBTOTAL | 200.00 |
| TAX (10%) | 20.00 |
| TOTAL | 220.00 |
| BALANCE DUE | **$220.00** |

1005 1

| | |
|---|---|
| Date Received: | 3-25-21 |
| Date in RM: | 3-30-21 |
| Amount Paid: | 220.00 |
| Check No. : | 78257 |
| Date Paid: | 3-30-21 |

Thank you for using Discover E Partners.
Payment is due upon receipt. No exceptions for third party payments. If invoice is not paid with in 30 days, a five percent (5%) finance
charge may be added. Customer is responsible for all cost of collections, including reasonable attorney fees.

# MILEAGE REIMBURSEMENT

Date Entered: 6 / 6 / 19

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 5/30/19

**PAYABLE TO:** RAH

**DATES TRAVELED:** 5/30/19

**DESTINATION:** Opelika, AL

**PURPOSE OF TRIP:** Repo of π

**CHARGE TO C/M:** Number 1005-1
Name Quinn v. Tuskegee

**NUMBER OF MILES:** 116 @ .58 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

PAID
JUN 0 6 2019

**AMOUNT:** $67.28

**CHECK NO:** 70170

**DATE PAID:** 6-6-19

Date Entered: 6 / 18 / 19

# TRAVEL CHECK REQUEST

PAID

JUN 1 8 2019

**TODAY'S DATE:** 6/4/19

**PAYABLE TO:** ROP

**DATES TRAVELED:** 6/4/19

**DESTINATION:** Tuskegee, AL

**PURPOSE OF TRIP:** Conf w/ Milton Davis Re: discovery

**CHARGE TO C/M:**  Number 1005-1
Name Quinn v. Tuskegee

**NUMBER OF MILES:** 76 @ .58 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

---

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** $44.08

**CHECK NO:** 70266

**DATE PAID:** 6-18-19

Date Entered: 8 / 8 / 19

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 8/1/19

**PAYABLE TO:** RAH

**DATES TRAVELED:** 8/1/19

**DESTINATION:** Tuskegee, AL

**PURPOSE OF TRIP:** Conf w/ Milton Davis Re: Discovery

**CHARGE TO C/M:**   Number 1005-1
Name Quinn v. Tuskegee

**NUMBER OF MILES:** 76 @ .58 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

---

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 44.08        PAID
                        AUG - 8 2019
**CHECK NO:** 70894

**DATE PAID:** 8-8-19

Date Entered: 8 / 8 / 19

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 8/5/19

**PAYABLE TO:** RAH

**DATES TRAVELED:** 8/5/19

**DESTINATION:** Tuskegee, AL

**PURPOSE OF TRIP:** Conf w/ Milton Davis re: discovery

**CHARGE TO C/M:** Number 1005-1
Name Quinn v. Tuskegee

**NUMBER OF MILES:** ~~____~~ 80 @ .58 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** $46.40

**CHECK NO:** 70894

**DATE PAID:** 8-8-19

PAID
AUG - 8 2019

Date Entered: 9 /18/ 19

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 9/10/19

**PAYABLE TO:** RAN

**DATES TRAVELED:** 9/10/19

**DESTINATION:** Tuskegee, AL

**PURPOSE OF TRIP:** Depo of Michael Clements

**CHARGE TO C/M:**   Number Quinn
Name 1005-1

**NUMBER OF MILES:** 80 @ .58 PER MILE
*(Leave Blank)*

**IMPORTANT: If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.**

*FOR BOOKKEEPING USE ONLY*

PAID
SEP 1 8 2019

**AMOUNT:** 46.40

**CHECK NO:** 71331

**DATE PAID:** 9-18-19

Date Entered: 9/18/19

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 9/11/19

**PAYABLE TO:** R&H

**DATES TRAVELED:** 9/11/19

**DESTINATION:** Tuskegee, AL

**PURPOSE OF TRIP:** Depo of Chief Patrick

**CHARGE TO C/M:**   Number 1005-1
Name Quinn v. Tuskegee

**NUMBER OF MILES:** 80 @ .58 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 46.40                    PAID
                                      SEP 18 2019

**CHECK NO:** 71331

**DATE PAID:** 9-18-19

Date Entered: 11 / 6 / 19

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 10/18/19

**PAYABLE TO:** Ron

**DATES TRAVELED:** 10/18/19

**DESTINATION:** B Tuskegee, AL

**PURPOSE OF TRIP:** Conf w/ Milton Davis
Re: Discovery

**CHARGE TO C/M:**   Number 1005-1
Name Quinn v. Tuskegee

**NUMBER OF MILES:** 80 @ .58 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 46.40

**CHECK NO:** 71947

**DATE PAID:** 11-6-19

PAID

NOV 0 6 2019

Date Entered: _12 / 30 / 19_

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** _12/18/19_

**PAYABLE TO:** _RAN_

**DATES TRAVELED:** _12/18/19_

**DESTINATION:** _Tuskegee, AL_

**PURPOSE OF TRIP:** _Depositions_

**CHARGE TO C/M:**  Number ~~1~~ _1005-1_
Name _Quinn v. Tuskegee_

**NUMBER OF MILES:** _80_ @ **.58** **PER MILE**
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** _46.40_            PAID

**CHECK NO:** _72543_      DEC 3 0 2019

**DATE PAID:** _12-30-19_

Date Entered: 1/28/20

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 1/14/2020

**PAYABLE TO:** RAll

**DATES TRAVELED:** 1/14/2020

**DESTINATION:** Tuskegee

**PURPOSE OF TRIP:** Depo of Darion Locus

**CHARGE TO C/M:** Number 1005-1
Name Quinn v. Tuskegee

**NUMBER OF MILES:** 80 @ .575 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 46.00

**CHECK NO:** 72916

**DATE PAID:** 1-28-20

Date Entered: 5 /20/ 20

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** _5/19/20_

**PAYABLE TO:** _RAH_

**DATES TRAVELED:** _5/19/20_

**DESTINATION:** _Tuskegee, AL_

**PURPOSE OF TRIP:** _Conf w/ City Council Re: settlement_

**CHARGE TO C/M:** Number _1005-1_
Name _Quinn v. Tuskegee_

**NUMBER OF MILES:** _80_ @ _.575_ **PER MILE**
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** _46.00_

**CHECK NO:** _74238_

**DATE PAID:** _5-20-20_

Date Entered: 6 / 3 / 20

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 5/29/20

**PAYABLE TO:** RZH

**DATES TRAVELED:** 5/29/20

**DESTINATION:** Tuskegee, AL

**PURPOSE OF TRIP:** Conf w/ City Council Re: Trial

**CHARGE TO C/M:** Number 1005-1
Name Quinn v. Tuskegee

**NUMBER OF MILES:** 80 @ .575 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 46.00

**CHECK NO:** 74386

**DATE PAID:** 6-3-20

Date Entered: 6/17/20

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 6/5/2020

**PAYABLE TO:** Ashley Tidwell

**DATES TRAVELED:** 6/3/2020

**DESTINATION:** Opelika, AL

**PURPOSE OF TRIP:** travel to Child Advocacy Center of East AL for conference with custodian of records, in preparation for trial (round trip)

**CHARGE TO C/M:** Number 1005-01
Name Quinn v. City of Tuskegee

**NUMBER OF MILES:** 104 @ .575 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 59.80

**CHECK NO:** 74587

**DATE PAID:** 6-17-20

Date Entered: _8 / 19 / 20_

# **TRAVEL CHECK REQUEST**

**TODAY'S DATE:** _8 / 14 / 20_

**PAYABLE TO:** _RAH_

**DATES TRAVELED:** _8 / 14 / 20_

**DESTINATION:** _RAH  Tuskegee, AL_

**PURPOSE OF TRIP:** _Conf w/ Tommy Cheatham to prepare for his depo_

**CHARGE TO C/M:** Number _~~9544~~ 1005-1_
Name _Quinn v. Tuskegee_

**NUMBER OF MILES:** _80_ @ _.575_ **PER MILE**
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** _46.⁰⁰_

**CHECK NO:** _75278_

**DATE PAID:** _8-19-20_

Date Entered: 9 /2 /20

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** _8/20/20_

**PAYABLE TO:** _RON_

**DATES TRAVELED:** _8/20/20_

**DESTINATION:** _Opelika, AL_

**PURPOSE OF TRIP:** _Reps of π's witnesses_

**CHARGE TO C/M:**  Number ~~___~~ _1005-1_
          Name _Quinn v. Tuskegee_

**NUMBER OF MILES:** _116_ @ _.575_ PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** _66.70_

**CHECK NO:** _75453_

**DATE PAID:** _9-2-20_

Date Entered: 9/2/20

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 8/21/20

**PAYABLE TO:** RAH

**DATES TRAVELED:** 8/21/20

**DESTINATION:** Tuskegee, AL

**PURPOSE OF TRIP:** Depo of Tommy Cheatham and Al Davis

**CHARGE TO C/M:**     Number 1005-1
                      Name Quinn v. Tuskegee

**NUMBER OF MILES:** 80 @ .575 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 46.00

**CHECK NO:** 75453

**DATE PAID:** 9-2-20

Date Entered: 9 / 2 / 20

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 8/25/20

**PAYABLE TO:** RAN

**DATES TRAVELED:** 8/25/20

**DESTINATION:** Tuskegee, AL

**PURPOSE OF TRIP:** Conf w/ Tommy Cheatham Re. TJ's arrest Reports

**CHARGE TO C/M:** Number 10051
Name Quinn v. Tuskegee

**NUMBER OF MILES:** 80 @ .575 **PER MILE**
*(Leave Blank)*

**IMPORTANT: If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.**

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 46.⁰⁰

**CHECK NO:** 75453

**DATE PAID:** 9-2-20

Date Entered: 9/16/20

# TRAVEL CHECK REQUEST

**TODAY'S DATE:** 9/9/20

**PAYABLE TO:** Ray

**DATES TRAVELED:** 9/9/20

**DESTINATION:** Opelika, AL

**PURPOSE OF TRIP:** Deps of witnesses

**CHARGE TO C/M:**   Number  1005-1
Name  Quinn v. Tuskegee

**NUMBER OF MILES:** 116 @ .575 PER MILE
*(Leave Blank)*

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** 66.70

**CHECK NO:** 75654

**DATE PAID:** 9-16-20

Date Entered: 4 / 1 / 21

# **TRAVEL CHECK REQUEST**

**TODAY'S DATE:** _3/29/21_

**PAYABLE TO:** _RON_

**DATES TRAVELED:** _3/29/21_

**DESTINATION:** _Tuskegee, AL_

**PURPOSE OF TRIP:** _Confer w/ Chief Patrick Re: Trial_

**CHARGE TO C/M:**  Number _1005-1_
Name _Quinn v. Tuskegee_

**NUMBER OF MILES:** _80_ @ _.56_ **PER MILE**
*(Leave Blank)*

**IMPORTANT:  If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.**

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:** _44.80_

**CHECK NO:** _78270_

**DATE PAID:** _4-1-21_

# TRAVEL CHECK REQUEST

**TODAY'S DATE:**          3/29/2021

**PAYABLE TO:**          Ashley Tidwell

**DATES TRAVELED:**          3/29/2021

**DESTINATION:**          Tuskegee, AL (round-trip)

**PURPOSE OF TRIP:**     Attend conference with Milton Davis and Chief Lester Patrick in preparation for trial.

**CHARGE TO C/M:**     Number   1005/01
                                Name     Quinn v. City of Tuskegee

**NUMBER OF MILES:** 73 miles @ .56 PER MILE
*(Leave Blank)*

---

**IMPORTANT:** If applicable, please be sure to attach receipts for airfare, hotel, car rental, meals, etc., before submitting this mileage check request.

---

*FOR BOOKKEEPING USE ONLY*

**AMOUNT:**          40.88

**CHECK NO:**          78276

**DATE PAID:**          4-1-21

# OTHER COSTS

MAT
62000.10



# Office DEPOT
# OfficeMax

MONTGOMERY - (334) 279-6633
04/01/2021  3:14 PM

V2VTQ9QP34QYB64WM

SALE                 163-2-8637-605072-21.3.2
801196  DRV,USB,SNDSK,        24.99SS
  Instant Savings         -12.00
          **You Pay**            **12.99**SS
          Subtotal:          12.99
        Sales Tax:           1.30
          Total:           14.29
          Visa 9444:          14.29

AUTH CODE 05725G
TDS Chip Read
AID A0000000031010   CAPITAL ONE VISA
TVR 0000008000
CVS No Signature Required

Ashley's card 000-005/Exhibits Trial For

                Total Savings:
                  **$12.00**
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
          WE WANT TO HEAR FROM YOU!
          Visit survey.officedepot.com
       and enter the survey code below:
               15ZT 9CNH JMX8
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx




# ALABAMA LAW ENFORCEMENT AGENCY

201 SOUTH UNION STREET, SUITE 300 | P.O. BOX 304115 | MONTGOMERY, AL 36130-4115
PHONE 334.517.2800 | WWW.ALEA.GOV

**KAY IVEY**
GOVERNOR

November 6, 2020

**HAL TAYLOR**
SECRETARY

Holtsford Gilliland Higgins Hitson & Howard, PC
Attn: Rick A. Howard
P.O. Box 4128
Montgomery, AL 36103

| | |
|---|---|
| Date Received: | 12-1-2020 |
| Date in RM: | 1-5-21 |
| Amount Paid: | 44 00 |
| Check No. : | 77152 |
| Date Paid: | 1-5-21 |

Re: *Alexandria H. Quinn v. City of Tuskegee, Alabama*

　　　　Attached are copies of records provided in response to a subpoena received by the Alabama Law Enforcement Agency. Please submit your check and the enclosed duplicate copy of this invoice to the attention of **Robin Ennis – Legal Division** at the address listed above. The check should be made payable to the Alabama Law Enforcement Agency.

Audio Record　　　__7__ @ $5.00 = _$35.00_

Other Documents　__18__ @ $0.50 = _$9.00_

Video　　　　　　__0__ @ $10.00 = $_00.00_

Photo　　　　　　__0__ @ $ 1.50 = $_00.00_

### GRAND TOTAL INVOICE:　_$44.00_

### Federal EIN # 63-6000619

*1005-1*

This is to certify that the foregoing amount is true, correct, and unpaid.

Liz Cerf
Alabama Law Enforcement Agency

　　PLEASE CONTACT THE PHOTO LAB TO OBTAIN ANY PHOTOS 334-274-0256.

6/18/19

# ALABAMA PEACE OFFICERS' STANDARDS AND TRAINING COMMISSION

**June 13, 2019**

## INVOICE #19-0164

PAID

1005/01

JUL 0 9 2019

| Bill To | |
|---|---|
| Customer | Holtsford Gililand |
| Customer ID | Rick Howard (RE Levy Kelly) |
| Address | PO Box 4128 Montgomery, AL 36103 |
| Phone | 334/215-8585 |
| Payment Due | Upon Receipt of Invoice |

Date Rec'd:  6-18-19
Date in RM:  7-9-19
Amount Paid:  $ 41.50
Check No.:  70502

| Qty. | Item# | Description | Unit Price | Discount | Line Total |
|---|---|---|---|---|---|
| 34pp | | APOSTC records relating to LEVY KELLY (3:14-CV-1033-WKW) | $25.00 1st + $0.50 each | N/A | $41.50 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | Total Discount | | N/A |
| | | | Subtotal | | $41.50 |
| | | | Sales Tax | | |
| | | | **Total** | | **$41.50** |

Thank you for your business!

**Alabama Peace Officers' Standards and Training Commission**

100 North Union Street, Suite 600, Montgomery, AL 36130  |  www.apostc.alabama.gov
p. 334-242-4045  |  f. 334-242-4633  |  apostc@apostc.alabama.gov

# COMPREHENSIVE MATTER COST REPORT
## (Itemization and Proof of Costs
## Detailed in Previous Sections )

# Matter Worked Detail Report

### Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

**Cost Entries**

| Date Worked | Cost Item | Entry No. Work Status Check Number | Internal Amount Charge Amount Bill Value | Description Notes Codes | Quantity Anticipated Authorized By |
|---|---|---|---|---|---|
| 03/31/2019 | Photocopies | 142789 | 13.00 | Black & White Photocopies - $.25 a Copy | 52 |
| | | Billed | 13.00 | | ☐ |
| | | | 13.00 | | |
| 04/30/2019 | Photocopies | 143444 | 10.75 | Black & White Photocopies - $.25 a Copy | 43 |
| | | Billed | 10.75 | | ☐ |
| | | | 10.75 | | |
| 05/31/2019 | Photocopies | 143939 | 49.75 | Black & White Photocopies - $.25 a Copy | 199 |
| | | Billed | 49.75 | | ☐ |
| | | | 49.75 | | |
| 05/31/2019 | Photocopies | 144125 | 12.75 | Black & White Photocopies - $.25 a Copy | 51 |
| | | Billed | 12.75 | | ☐ |
| | | | 12.75 | | |
| 06/06/2019 | Out-of-town travel | 144204 | 67.28 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Opelika, AL, on 05/30/19, for deposition of Plaintiff (116 miles @ $.58) | 116 |
| | | Billed | 67.28 | | ☐ |
| | | 70170 | 67.28 | | Janet |
| 06/15/2019 | Deposition transcripts | 144289 | 699.64 | Cite, LLC: Deposition of Alexandria H. Quinn (Invoice No. 8222) | 0 |
| | | Billed | 699.64 | | ☐ |
| | | 70234 | 699.64 | | Bonnie |
| 06/18/2019 | Out-of-town travel | 144317 | 44.08 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 06/04/19, for conference with Milton Davis re: discovery (76 miles @ $.58) | 76 |
| | | Billed | 44.08 | | ☐ |
| | | 70266 | 44.08 | | Janet |
| 06/30/2019 | Photocopies | 144627 | 51.00 | Black & White Photocopies - $.25 a Copy | 204 |
| | | Billed | 51.00 | | ☐ |
| | | | 51.00 | | |
| 06/30/2019 | Photocopies | 144785 | 69.25 | Black & White Photocopies - $.25 a Copy | 277 |
| | | Billed | 69.25 | | ☐ |
| | | | 69.25 | | |
| 07/09/2019 | Other | 144839 | 41.50 | Alabama Peace Officers' Standards and Training: Records relating to Levy Kelly (Invoice No. 19-0164) | 1 |
| | | Billed | 41.50 | | ☐ |
| | | 70502 | 41.50 | | Janet |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*

*Matter No. & Name*

**C1005: City of Tuskegee**

C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/31/2019 | Photocopies | | 145471 | 140.00 | Black & White Photocopies - $.25 a Copy | | 560 |
| | | Billed | | 140.00 | | | ☐ |
| | | | | 140.00 | | | |
| 08/08/2019 | Out-of-town travel | | 145536 | 44.08 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 08/01/19, for conference with Milton Davis re: discovery (76 miles @ $.58) | | 76 |
| | | Billed | | 44.08 | | | ☐ |
| | | | 70894 | 44.08 | | Janet | |
| 08/08/2019 | Out-of-town travel | | 145538 | 46.40 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 08/05/19, for conference with Milton Davis re: discovery (80 miles @ $.58) | | 80 |
| | | Billed | | 46.40 | | | ☐ |
| | | | 70894 | 46.40 | | Janet | |
| 08/31/2019 | Photocopies | | 146256 | 12.25 | Black & White Photocopies - $.25 a Copy | | 49 |
| | | Billed | | 12.25 | | | ☐ |
| | | | | 12.25 | | | |
| 09/18/2019 | Out-of-town travel | | 146417 | 46.40 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 09/10/19, for deposition of Michael Clements (80 miles @ $.58) | | 80 |
| | | Billed | | 46.40 | | | ☐ |
| | | | 71331 | 46.40 | | Janet | |
| 09/18/2019 | Out-of-town travel | | 146418 | 46.40 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 09/11/19, for deposition of Chief Patrick (80 miles @ $.58) | | 80 |
| | | Billed | | 46.40 | | | ☐ |
| | | | 71331 | 46.40 | | Janet | |
| 09/30/2019 | Photocopies | | 146949 | 28.50 | Black & White Photocopies - $.25 a Copy | | 114 |
| | | Billed | | 28.50 | | | ☐ |
| | | | | 28.50 | | | |
| 10/16/2019 | Deposition transcripts | | 147109 | 747.50 | Cite, LLC: Depositions of Dina Bascomb, Lisa M. Quinn, Michael Clements and Wesley McClain (Invoice No. 9172) | | 1 |
| | | Billed | | 747.50 | | | ☐ |
| | | | 71673 | 747.50 | | Michelle | |
| 10/16/2019 | Deposition transcripts | | 147110 | 393.61 | Cite, LLC: Deposition of Lester Patrick (Invoice No. 9194) | | 1 |
| | | Billed | | 393.61 | | | ☐ |
| | | | 71673 | 393.61 | | Michelle | |
| 10/31/2019 | Photocopies | | 147568 | 13.50 | Black & White Photocopies - $.25 a Copy | | 54 |
| | | Billed | | 13.50 | | | ☐ |
| | | | | 13.50 | | | |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| Date | Description | No. | Amount | Detail | Qty |
|---|---|---|---|---|---|
| 11/06/2019 | Out-of-town travel | 147709 | 46.40 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 10/18/19, for conference with Milton Davis re: discovery (80 miles @ $.58) | 80 |
| | | Billed | 46.40 | | ☐ |
| | | 71947 | 46.40 | Janet | |
| 11/30/2019 | Photocopies | 148252 | 43.25 | Black & White Photocopies - $.25 a Copy | 173 |
| | | Billed | 43.25 | | ☐ |
| | | | 43.25 | | |
| 12/30/2019 | Out-of-town travel | 148625 | 46.40 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 12/18/19, for depositions (80 miles @ $.58) | 80 |
| | | Billed | 46.40 | | ☐ |
| | | 72543 | 46.40 | Janet | |
| 01/24/2020 | Deposition transcripts | 149242 | 168.50 | Alabama Court Reporting, Inc.: Deposition of Officer Darian Locure (Invoice No. 20866) | 1 |
| | | Billed | 168.50 | | ☐ |
| | | 72893 | 168.50 | Michelle | |
| 01/24/2020 | Deposition transcripts | 149247 | 215.60 | Alabama Court Reporting, Inc.: Deposition of Captain Robin Collins and Lieutenant Provo (Invoice No. 20741) | 1 |
| | | Billed | 215.60 | | ☐ |
| | | 72893 | 215.60 | Michelle | |
| 01/28/2020 | Out-of-town travel | 149273 | 46.00 | Rick A. Howard: Mileage - roundtrip Montgomery, AL to Tuskegee, AL, on 01/14/20, for deposition of Darian Locure (80 miles @ $.575) | 80 |
| | | Billed | 46.00 | | ☐ |
| | | 72916 | 46.00 | Janet | |
| 02/05/2020 | Photocopies | 149706 | 30.75 | Black & White Photocopies - $.25 a Copy | 123 |
| | | Billed | 30.75 | | ☐ |
| | | | 30.75 | | |
| 02/29/2020 | Photocopies | 150378 | 103.75 | Black & White Photocopies - $.25 a Copy | 415 |
| | | Billed | 103.75 | | ☐ |
| | | | 103.75 | | |
| 03/31/2020 | Photocopies | 151042 | 11.25 | Black & White Photocopies - $.25 a Copy | 45 |
| | | Billed | 11.25 | | ☐ |
| | | | 11.25 | | |
| 04/30/2020 | Photocopies | 151671 | 63.00 | Black & White Photocopies - $.25 a Copy | 252 |
| | | Billed | 63.00 | | ☐ |
| | | | 63.00 | | |
| 05/20/2020 | Out-of-town travel | 152061 | 46.00 | Rick A. Howard: Mileage - roundtrip from | 80 |

# Matter Worked Detail Report
### Worked between 01/01/1900 thru 04/09/2021

**Client Number**
**Matter No. & Name**

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Montgomery, AL to Tuskegee, AL, on 05/19/20, for conference with City Council re: settlement (80 miles @ $.575) | | |
| | | Billed | | 46.00 | | ☐ |
| | | | 74238 | 46.00 | Janet | |
| 05/20/2020 | Witness fees | | 152065 | 111.65 | Alabama Peace Officers' Standards and Training: Witness fee ($40) plus mileage for trial appearance (Check No. 74264) | 1 |
| | | Billed | | 111.65 | | ☐ |
| | | | 74264 | 111.65 | Michelle | |
| 05/20/2020 | Witness fees | | 152066 | 138.33 | Kelvin Mitchell: Witness fee ($40) plus mileage for trial appearance (Check No. 74265) | 1 |
| | | Billed | | 138.33 | | ☐ |
| | | | 74265 | 138.33 | Michelle | |
| 05/20/2020 | Witness fees | | 152067 | 70.02 | Darian Locure: Witness fee ($40) plus mileage for trial appearance (Check No. 74265) | 1 |
| | | Billed | | 70.02 | | ☐ |
| | | | 74266 | 70.02 | Michelle | |
| 05/20/2020 | Witness fees | | 152068 | 71.97 | Wesley McClain: Witness fee ($40) plus mileage for trial appearance (Check No. 74267) | 1 |
| | | Billed | | 71.97 | | ☐ |
| | | | 74267 | 71.97 | Michelle | |
| 05/20/2020 | Witness fees | | 152069 | 50.70 | Al Davis: Witness fee ($40) plus mileage for trial appearance (Check No. 74268) | 1 |
| | | Billed | | 50.70 | | ☐ |
| | | | 74268 | 50.70 | Michelle | |
| 05/20/2020 | Witness fees | | 152070 | 73.12 | Lester Patrick: Witness fee ($40) plus mileage for trial appearance (Check No. 74269) | 1 |
| | | Billed | | 73.12 | | ☐ |
| | | | 74269 | 73.12 | Michelle | |
| 05/21/2020 | Witness fees | | 152073 | 70.59 | Clerk, Circuit Court Of Macon County: Witness fee ($40) plus mileage for trial appearance (Check No. 74272) | 1 |
| | | Billed | | 70.59 | | ☐ |
| | | | 74272 | 70.59 | Michelle | |
| 05/26/2020 | Witness fees | | 152114 | 71.97 | Robin Collins: Witness fee ($40) plus mileage for trial appearance (Check No. 74274) | 1 |
| | | Billed | | 71.97 | | ☐ |
| | | | 74274 | 71.97 | Michelle | |
| 05/31/2020 | Color Copies | | 152436 | 3.50 | Color Photocopies - $.25 a Copy | 14 |
| | | Billed | | 3.50 | | ☐ |
| | | | | 3.50 | | |
| 05/31/2020 | Photocopies | | 152437 | 2,912.25 | Black & White Photocopies - $.25 a Copy | 11,649 |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Billed | 2,912.25 | | ☐ |
| | | | | 2,912.25 | | |
| 06/03/2020 | Out-of-town travel | 152211 | | 46.00 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 05/29/20, for conference with City Council re: trial (80 miles @ $.575) | 80 |
| | | | Billed | 46.00 | | ☐ |
| | | 74386 | | 46.00 | | Janet |
| 06/09/2020 | Private investigators | 152554 | | 85.00 | Due Process Legal Services: Service of Process on Kelvin Mitchell c/o Town of Hayneville (Invoice No. 4551656) | 1 |
| | | | Billed | 85.00 | | ☐ |
| | | 74456 | | 85.00 | | Janet |
| 06/09/2020 | Private investigators | 152555 | | 85.00 | Due Process Legal Services: Service of Process on Darin Locure (Invoice No. 4551648) | 1 |
| | | | Billed | 85.00 | | ☐ |
| | | 74457 | | 85.00 | | Janet |
| 06/09/2020 | Private investigators | 152556 | | 100.00 | Due Process Legal Services: Service of Process on Robin Collins (Invoice No. 4561086) | 1 |
| | | | Billed | 100.00 | | ☐ |
| | | 74458 | | 100.00 | | Janet |
| 06/09/2020 | Private investigators | 152560 | | 85.00 | Due Process Legal Services: Service of Process on Lester Patrick (Invoice No. 4551575) | 1 |
| | | | Billed | 85.00 | | ☐ |
| | | 74461 | | 85.00 | | Janet |
| 06/09/2020 | Private investigators | 152561 | | 85.00 | Due Process Legal Services: Service of Process on Custodian of Records Alabama Peace Officers Standards and Training Commission (Invoice No. 4551603) | 1 |
| | | | Billed | 85.00 | | ☐ |
| | | 74462 | | 85.00 | | Janet |
| 06/09/2020 | Private investigators | 152562 | | 85.00 | Due Process Legal Services: Service of Process on Al Davis (Invoice No. 4551642) | 1 |
| | | | Billed | 85.00 | | ☐ |
| | | 74463 | | 85.00 | | Janet |
| 06/09/2020 | Private investigators | 152563 | | 85.00 | Due Process Legal Services: Service of Process on  Wesley McClain (Invoice No. 4551557) | 1 |
| | | | Billed | 85.00 | | ☐ |
| | | 74464 | | 85.00 | | Janet |
| 06/09/2020 | Private investigators | 152564 | | 85.00 | Due Process Legal Services: Service of Process on Custodian of Records Macon Co. Circuit Clerk (Invoice No. 4551629) | 1 |
| | | | Billed | 85.00 | | ☐ |
| | | 74465 | | 85.00 | | Janet |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

**Client Number**
**Matter No. & Name**

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| Date | Type | No. | Amount | Description | Qty |
|---|---|---|---|---|---|
| 06/16/2020 | Outside printing | 152615 | 44.00 | Discover E Partners: Outside printing (Invoice No. 11208) | 1 |
| | | Billed | 44.00 | | ☐ |
| | | 74531 | 44.00 | | Janet |
| 06/16/2020 | Outside printing | 152616 | 555.51 | Discover E Partners: Outside printing (Invoice No. 11204) | 1 |
| | | Billed | 555.51 | | ☐ |
| | | 74532 | 555.51 | | Janet |
| 06/17/2020 | Out-of-town travel | 152668 | 59.80 | Ashley Tidwell: Mileage - roundtrip from Montgomery, AL to Opelika, AL, on 06/03/20, for conference with Custodian of Records in preparation for trial (104 miles @ $.575) | 104 |
| | | Billed | 59.80 | | ☐ |
| | | 74587 | 59.80 | | Janet |
| 06/30/2020 | Photocopies | 153156 | 17.75 | Black & White Photocopies - $.25 a Copy | 71 |
| | | Billed | 17.75 | | ☐ |
| | | | 17.75 | | |
| 07/31/2020 | Photocopies | 153898 | 16.75 | Black & White Photocopies - $.25 a Copy | 67 |
| | | Billed | 16.75 | | ☐ |
| | | | 16.75 | | |
| 08/18/2020 | Witness fees | 154338 | 51.50 | Latrivia Sistrunk Mayers: Witness fee ($40) plus mileage for deposition appearance (Check No. 75252) | 1 |
| | | Billed | 51.50 | | ☐ |
| | | 75252 | 51.50 | | Michelle |
| 08/18/2020 | Witness fees | 154339 | 75.65 | Khrystal Hutcherson:  Witness fee ($40) plus mileage for deposition appearance (Check No. 75253) | 1 |
| | | Billed | 75.65 | | ☐ |
| | | 75253 | 75.65 | | Michelle |
| 08/18/2020 | Witness fees | 154340 | 69.90 | Shalaina Hill :  Witness fee ($40) plus mileage for deposition appearance (Check No. 75254) | 1 |
| | | Billed | 69.90 | | ☐ |
| | | 75254 | 69.90 | | Michelle |
| 08/19/2020 | Out-of-town travel | 154345 | 59.80 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Auburn, AL, on 08/07/20, for conference with Al Davis re: the Police Department (104 miles @ $.575) | 104 |
| | | Billed | 59.80 | | ☐ |
| | | 75278 | 59.80 | | Janet |
| 08/19/2020 | Out-of-town travel | 154351 | 46.00 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 08/14/20, for conference with Tommy Cheatham to prepare for his deposition (80 miles @ $.575) | 80 |
| | | Billed | 46.00 | | ☐ |

# Matter Worked Detail Report

### Worked between 01/01/1900 thru 04/09/2021

**Client Number**

**Matter No. & Name**

**C1005: City of Tuskegee**

C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| Date | Type | No. | Amount | Description | Qty |
|---|---|---|---|---|---|
| | | 75278 | 46.00 | | Janet |
| 08/31/2020 | Photocopies | 154771 | 116.00 | Black & White Photocopies - $.25 a Copy | 464 |
| | Billed | | 116.00 | | ☐ |
| | | | 116.00 | | |
| 09/01/2020 | Deposition transcripts | 154882 | 254.20 | Cite, LLC: Deposition of Shalaina Hill (Invoice No. 11742) | 1 |
| | Billed | | 254.20 | | ☐ |
| | | 75468 | 254.20 | | Jennifer |
| 09/02/2020 | Out-of-town travel | 154810 | 66.70 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Opelika, AL, on 08/20/20, for depositions of Plaintiff's witnesses (116 miles @ $.575) | 1 |
| | Billed | | 66.70 | | ☐ |
| | | 75453 | 66.70 | | Janet |
| 09/02/2020 | Out-of-town travel | 154812 | 46.00 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 08/21/20, for depositions of Tommy Cheatham and Al Davis (80 miles @ $.575) | 80 |
| | Billed | | 46.00 | | ☐ |
| | | 75453 | 46.00 | | Janet |
| 09/02/2020 | Out-of-town travel | 154815 | 46.00 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 08/25/20, for conference with Tommy Cheatham re: Plaintiff's arrest reports (80 miles @ $.575) | 80 |
| | Billed | | 46.00 | | ☐ |
| | | 75453 | 46.00 | | Janet |
| 09/15/2020 | Deposition transcripts | 155128 | 331.50 | Alabama Court Reporting, Inc.: Depositions of Tommy Cheatham and Al Davis (Invoice No. 30789) | 1 |
| | Billed | | 331.50 | | ☐ |
| | | 75630 | 331.50 | | Jennifer |
| 09/16/2020 | Out-of-town travel | 155144 | 66.70 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Opelika, AL, on 09/09/20, for depositions of witnesses (116 miles @ $.575) | 116 |
| | Billed | | 66.70 | | ☐ |
| | | 75654 | 66.70 | | Janet |
| 09/22/2020 | Private investigators | 155222 | 142.00 | Charlotte L. Henderson: Service of Process on Annie Moss (Invoice dated 08/26/20) | 1 |
| | Billed | | 142.00 | | ☐ |
| | | 75725 | 142.00 | | Janet |
| 09/28/2020 | Deposition transcripts | 155307 | 540.74 | Cite, LLC: Deposition of LaTrivia Mayers (Invoice No. 11918) | 1 |
| | Billed | | 540.74 | | ☐ |
| | | 75786 | 540.74 | | Jennifer |

## Matter Worked Detail Report
Worked between 01/01/1900 thru 04/09/2021

**Client Number**
**Matter No. & Name**

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| Date | Type | | Number | Amount | Description | Qty |
|---|---|---|---|---|---|---|
| 09/30/2020 | Photocopies | | 155629 | 28.00 | Black & White Photocopies - $.25 a Copy | 112 |
| | | Billed | | 28.00 | | ☐ |
| | | | | 28.00 | | |
| 10/20/2020 | Private investigators | | 155970 | 284.00 | Charlotte L. Henderson: Subpoenas served on Annie Moss (Invoice dated 09/12/20) | 1 |
| | | Billed | | 284.00 | | ☐ |
| | | | 76111 | 284.00 | | Janet |
| 10/21/2020 | Private investigators | | 155995 | 125.00 | Alabama Legal & Investigative Services, Inc.: Skip Tracing; Skip Tracing with Service of Process (Invoice No. 4878107) | 1 |
| | | Billed | | 125.00 | | ☐ |
| | | | 76134 | 125.00 | | Janet |
| 10/31/2020 | Photocopies | | 156456 | 10.75 | Black & White Photocopies - $.25 a Copy | 43 |
| | | Billed | | 10.75 | | ☐ |
| | | | | 10.75 | | |
| 11/20/2020 | Witness fees | | 156815 | 88.30 | Robin Collins: Witness fee ($40) plus mileage for trial appearance (Check No.76576) | 1 |
| | | Billed | | 88.30 | | ☐ |
| | | | 76576 | 88.30 | | Michelle |
| 11/20/2020 | Witness fees | | 156816 | 68.75 | Kelvin Mitchell: Witness fee ($40) plus mileage for trial appearance (Check No. 76577) | 1 |
| | | Billed | | 68.75 | | ☐ |
| | | | 76577 | 68.75 | | Michelle |
| 11/20/2020 | Witness fees | | 156817 | 88.30 | Darian Locure: Witness fee ($40) plus mileage for trial appearance (Check No. 76578) | 1 |
| | | Billed | | 88.30 | | ☐ |
| | | | 76578 | 88.30 | | Michelle |
| 11/20/2020 | Witness fees | | 156818 | 88.30 | Wesley McClain: Witness fee ($40) plus mileage for trial appearance (Check No. 76579) | 1 |
| | | Billed | | 88.30 | | ☐ |
| | | | 76579 | 88.30 | | Michelle |
| 11/20/2020 | Witness fees | | 156819 | 84.85 | Lester Patrick: Witness fee ($40) plus mileage for trial appearance (Check No. 76580) | 1 |
| | | Billed | | 84.85 | | ☐ |
| | | | 76580 | 84.85 | | Michelle |
| 11/20/2020 | Witness fees | | 156820 | 104.40 | Al Davis: Witness fee ($40) plus mileage for trial appearance (Check No. 76581) | 1 |
| | | Billed | | 104.40 | | ☐ |
| | | | 76581 | 104.40 | | Michelle |
| 11/20/2020 | Witness fees | | 156821 | 109.00 | Child Advocacy Center of East Alabama: Witness fee ($40) plus mileage for trial appearance (Check No. 76582) | 1 |
| | | Billed | | 109.00 | | ☐ |

# Matter Worked Detail Report
Worked between 01/01/1900 thru 04/09/2021

**Client Number**
**Matter No. & Name**

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

|  |  |  | 76582 | 109.00 |  | Michelle |  |
|---|---|---|---|---|---|---|---|
| 11/20/2020 | Witness fees |  | 156822 | 42.88 | Alabama Peace Officers' Standards and Training: Witness fee ($40) plus mileage for trial appearance (Check No. 76583) |  | 1 |
|  |  | Billed |  | 42.88 |  |  | ☐ |
|  |  |  | 76583 | 42.88 |  | Michelle |  |
| 11/20/2020 | Witness fees |  | 156823 | 42.88 | Alabama Law Enforcement Agency: Witness fee ($40) plus mileage for trial appearance (Check No. 76584) |  | 1 |
|  |  | Billed |  | 42.88 |  |  | ☐ |
|  |  |  | 76584 | 42.88 |  | Michelle |  |
| 11/20/2020 | Witness fees |  | 156824 | 86.00 | City of Tuskegee Human Resources Department: Witness fee ($40) plus mileage for trial appearance (Check No. 76585) |  | 1 |
|  |  | Billed |  | 86.00 |  |  | ☐ |
|  |  |  | 76585 | 86.00 |  | Michelle |  |
| 11/20/2020 | Witness fees |  | 156825 | 88.30 | Michael Provo: Witness fee ($40) plus mileage for trial appearance (Check No. 76586) |  | 1 |
|  |  | Billed |  | 88.30 |  |  | ☐ |
|  |  |  | 76586 | 88.30 |  | Michelle |  |
| 11/20/2020 | Witness fees |  | 156826 | 86.00 | Clerk, Circuit Court Of Macon County: Witness fee ($40) plus mileage for trial appearance (Check No. 76587) |  | 1 |
|  |  | Billed |  | 86.00 |  |  | ☐ |
|  |  |  | 76587 | 86.00 |  | Michelle |  |
| 11/30/2020 | Photocopies |  | 157145 | 346.75 | Black & White Photocopies - $.25 a Copy |  | 1,387 |
|  |  | Billed |  | 346.75 |  |  | ☐ |
|  |  |  |  | 346.75 |  |  |  |
| 12/15/2020 | Other professionals |  | 157492 | 150.00 | Dan Black Studios d/b/a Colorbar, Inc.: Edit audio recordings (charged to firm credit card) |  | 1 |
|  |  | Billed |  | 150.00 |  |  | ☐ |
|  |  |  | 76949 | 150.00 |  | Jennifer |  |
| 12/22/2020 | Private investigators |  | 157516 | 784.00 | Charlotte L. Henderson: Service of Process on Multiple Individuals; Mileage (Invoice dated 12/03/20) |  | 1 |
|  |  | Billed |  | 784.00 |  |  | ☐ |
|  |  |  | 76991 | 784.00 |  | Janet |  |
| 12/31/2020 | Photocopies |  | 157855 | 17.50 | Black & White Photocopies - $.25 a Copy |  | 70 |
|  |  | Billed |  | 17.50 |  |  | ☐ |
|  |  |  |  | 17.50 |  |  |  |
| 01/05/2021 | Other |  | 157886 | 44.00 | Alabama Law Enforcement Agency: Audio Record and other documents (Invoice dated 11/06/20) |  | 1 |
|  |  | Billed |  | 44.00 |  |  | ☐ |

# Matter Worked Detail Report
### Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 77152 | 44.00 | | Janet | |
| 01/31/2021 | Photocopies | 158463 | 8.75 | Black & White Photocopies - $.25 a Copy | | 35 |
| | Billed | | 8.75 | | | ☐ |
| | | | 8.75 | | | |
| 02/28/2021 | Photocopies | 159146 | 2.75 | Black & White Photocopies - $.25 a Copy | | 11 |
| | Billed | | 2.75 | | | ☐ |
| | | | 2.75 | | | |
| 03/09/2021 | Witness fees | 159274 | 87.04 | Robin Collins: Witness fee ($40) plus mileage for trial appearance (Check No. 77949) | | 1 |
| | Work-In-Process | | 87.04 | | | ☐ |
| | | 77949 | 87.04 | | Michelle | |
| 03/09/2021 | Witness fees | 159275 | 68.00 | Kelvin Mitchell: Witness fee ($40) plus mileage for trial appearance (Check No. 77950) | | 1 |
| | Work-In-Process | | 68.00 | | | ☐ |
| | | 77950 | 68.00 | | Michelle | |
| 03/09/2021 | Witness fees | 159276 | 87.04 | Darian Locure: Witness fee ($40) plus mileage for trial appearance (Check No. 77951) | | 1 |
| | Work-In-Process | | 87.04 | | | ☐ |
| | | 77951 | 87.04 | | Michelle | |
| 03/09/2021 | Witness fees | 159277 | 83.12 | Wesley McClain: Witness fee ($40) plus mileage for trial appearance (Check No. 77952) | | 1 |
| | Work-In-Process | | 83.12 | | | ☐ |
| | | 77952 | 83.12 | | Michelle | |
| 03/09/2021 | Witness fees | 159279 | 87.04 | Michael Provo: Witness fee ($40) plus mileage for trial appearance (Check No. 77953) | | 1 |
| | Work-In-Process | | 87.04 | | | ☐ |
| | | 77953 | 87.04 | | Michelle | |
| 03/09/2021 | Witness fees | 159281 | 83.68 | Lester Patrick: Witness fee ($40) plus mileage for trial appearance (Check No. 77954) | | 1 |
| | Work-In-Process | | 83.68 | | | ☐ |
| | | 78101 | 83.68 | | Michelle | |
| 03/09/2021 | Witness fees | 159283 | 102.72 | Al Davis: Witness fee ($40) plus mileage for trial appearance (Check No. 77955) | | 1 |
| | Work-In-Process | | 102.72 | | | ☐ |
| | | 77955 | 102.72 | | Michelle | |
| 03/09/2021 | Witness fees | 159284 | 107.20 | Child Advocacy Center of East Alabama: Witness fee ($40) plus mileage for trial appearance (Check No. 77956) | | 1 |
| | Work-In-Process | | 107.20 | | | ☐ |
| | | 77956 | 107.20 | | Michelle | |
| 03/09/2021 | Witness fees | 159285 | 42.80 | Alabama Peace Officers' Standards and Training: Witness fee ($40) plus mileage for trial | | 1 |

# Matter Worked Detail Report

### Worked between 01/01/1900 thru 04/09/2021

**Client Number**
**Matter No. & Name**

**C1005: City of Tuskegee**
C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.

| | | | | | |
|---|---|---|---|---|---|
| | | | | appearance (Check No. 77957) | |
| | | Work-In-Process | 42.80 | | ☐ |
| | | 77957 | 42.80 | | Michelle |
| 03/09/2021 | Witness fees | 159287 | 84.80 | Clerk, Circuit Court Of Macon County: Witness fee ($40) plus mileage for trial appearance (Check No. 77958) | 1 |
| | | Work-In-Process | 84.80 | | ☐ |
| | | 77958 | 84.80 | | Michelle |
| 03/09/2021 | Witness fees | 159289 | 42.80 | Alabama Law Enforcement Agency: Witness fee ($40) plus mileage for trial appearance (Check No. 77959) | 1 |
| | | Work-In-Process | 42.80 | | ☐ |
| | | 77959 | 42.80 | | Michelle |
| 03/30/2021 | Trial exhibits | 159687 | 220.00 | Discover E Partners: B/W Trial Board (Invoice No. 11723) | 1 |
| | | Work-In-Process | 220.00 | | ☐ |
| | | 78257 | 220.00 | | Janet |
| 03/31/2021 | Color Copies | 159983 | 4.75 | Color Photocopies - $.25 a Copy | 19 |
| | | Work-In-Process | 4.75 | | ☐ |
| | | | 4.75 | | |
| 03/31/2021 | Photocopies | 159984 | 614.25 | Black & White Photocopies - $.25 a Copy | 2,457 |
| | | Work-In-Process | 614.25 | | |
| | | | 614.25 | | |
| 04/01/2021 | Out-of-town travel | 159744 | 44.80 | Rick A. Howard: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 03/29/21, for conference with Chief Patrick re: trial (80 miles @ $.56) | 80 |
| | | Work-In-Process | 44.80 | | ☐ |
| | | 78270 | 44.80 | | Janet |
| 04/01/2021 | Out-of-town travel | 159756 | 40.88 | Ashley Tidwell: Mileage - roundtrip from Montgomery, AL to Tuskegee, AL, on 03/29/21, for conference with Milton Davis and Chief Lester Patrick in preparation for trial (73 miles @ $.56) | 73 |
| | | Work-In-Process | 40.88 | | ☐ |
| | | 78276 | 40.88 | | Janet |
| 04/05/2021 | Other professionals | 159998 | 631.50 | Charlotte L. Henderson: Service of process (Invoice dated 3/26/2021) | 0 |
| | | Work-In-Process | 631.50 | | ☐ |
| | | 78308 | 631.50 | | Michelle |

**Total For C1005-0001: City of Tuskegee, et al.; Alexandria Quinn v.**

| Actual Hours | Actual Dollars | Printed Hours | Printed Dollars | Internal Amount | Charge Amount | Bill Value |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 15,532.02 | 15,532.02 | 15,532.02 |

# Matter Worked Detail Report

Worked between 01/01/1900 thru 04/09/2021

*Client Number*
*Matter No. & Name*

**C1005: City of Tuskegee**
**Total For C1005: City of Tuskegee**

| Actual Hours | Actual Dollars | Printed Hours | Printed Dollars | Internal Amount | Charge Amount | Bill Value |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 15,532.02 | 15,532.02 | 15,532.02 |

**Report Totals**

| Actual Hours | Actual Dollars | Printed Hours | Printed Dollars | Internal Amount | Charge Amount | Bill Value |
|---|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 15,532.02 | 15,532.02 | 15,532.02 |